| | | |
|---|---|---|
| DB TRANSPORT LLC<br>3586 SANGANI BLVD<br>STE L 307<br>DIBERVILLE, MS 39540 | EASTERN FUNDING LLC<br>213 W 35TH ST<br>STE 2W<br>NEW YORK, NY 10001 | STEARNS BANK<br>P.O. BOX 750<br>ALBANY, MN 56307-0750 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | FIRST COMMERCE OF AMER<br>155 B AVE, #300<br>CHAPEL HILL, TN 37034 | STEPHEN B ELGGREN<br>PO BOX 1726<br>DRAPER, UT 84020 |
| ALLY<br>P.O. BOX 9001951<br>LOUISVILLE, KY 40290 | HEADWAY<br>4700 W DAYBREAK PKWY<br>STE 200<br>SOUTH JORDAN, UT 84009 | UNISOURCE CAPITAL<br>214 CANTON RD<br>STE 1<br>CUMMING, GA 30040 |
| AMERICAN EXPRESS<br>P.O. BOX 981537<br>EL PASO, TX 79998 | KEYSTONE EFC<br>433 S MAIN ST SUITE 30<br>WEST HARTFORD, CT 06110 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON, DC 20530-00 |
| AMUR<br>P.O. BOX 2555<br>GRAND ISLAND, NE 68801 | MIDLAND<br>5403 OLYMPIC DR<br>STE 200<br>GIG HARBOR, WA 98335 | WEX BANK<br>PO BOX 639<br>PORTLAND, ME 04104 |
| ASCENTIUM CAPITAL<br>23970 HWY 59 N<br>KINGWOOD, TX 77339 | ON DECK<br>4700 W . DAYBREAK PKWY<br>SOUTH JORDAN, UT 84009 | |
| ATOB<br>1 EMBARCADERO CTR<br>STE 1200<br>SAN FRANCISCO, CA 94111 | PACWESTERN<br>222 S MAIN ST 5TH FL<br>SALT LAKE CITY, UT 84101 | |
| CADENCE BANK<br>2910 W JACKSON ST<br>TUPELO, MS 38801 | SBA<br>14925 KINGSPORT RD<br>FORT WORTH, TX 76155 | |
| DONSHEKIE BARRETT<br>5043 FAIRBURY WAY<br>DIBERVILLE, MS 39540 | SBA<br>C/O US ATTORNEY'S OFFI<br>501 E COURT ST<br>STE. 4.430<br>JACKSON, MS 39201 | |