MSSB-7007.1-BK (11/23)

# United States Bankruptcy Court
## Southern District of Mississippi

In re   **DB Transport LLC**

Debtor(s)

Case No. _____

Chapter   **11**

### Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,

**Donshekie Barrett**                                    , a

[Name of Corporate Party]

**[Check One]**

☐   Party to a contested matter **Miss. Bankr. LR. 9014-1(c)**
■   Corporate **Debtor FRBP 1007(a)(1)**
☐   Corporate Petitioner of an involuntary petition **FRBP 1010(b)**
☐   Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

■   The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity  interests, are listed below:

> **Donshekie Barrett**
> **5043 Fairbury Way**
> **D'Iberville, MS 39540**

**OR**

☐   There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's  equity interest.

Date:   **September  3, 2025**

**/s/ Thomas C. Rollins, Jr.**
Attorney Signature

**Thomas C. Rollins, Jr.**                    **103469 MS**
Attorney Name                    State Bar Number

**P.O. Box 13767**
**Jackson, MS 39236**

Address

**Jackson MS 39236-0000**
City, State, and Zip Code

**601-500-5533**                    **trollins@therollinsfirm.com**
Telephone Number                    Email Address

**Pursuant to Miss. Bankr. LR. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 applies to general partnerships, limited partnerships, joint ventures, and limited liability companies.**