Fill in this information to identify the case:

Debtor name: **DB Transport LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF MISSISSIPPI**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express** P.O. Box 981537 El Paso, TX 79998 | | | | | | $6,800.00 |
| **AMUR** P.O. Box 2555 Grand Island, NE 68801 | | **2015 Chevrolet Silverado** | | $25,000.00 | $15,000.00 | $10,000.00 |
| **AMUR** P.O. Box 2555 Grand Island, NE 68801 | | **2019 Kenworth T680** | | $49,000.00 | $40,000.00 | $9,000.00 |
| **Ascentium Capital** 23970 Hwy 59 N Kingwood, TX 77339 | | **Zacklift Z353 5th Wheel** | | $68,597.90 | $3,500.00 | $65,097.90 |
| **AtoB** 1 Embarcadero Ctr Ste 1200 San Francisco, CA 94111 | | | | | | $6,328.77 |
| **Cadence Bank** 2910 W Jackson St Tupelo, MS 38801 | | | | | | $31,569.53 |
| **Eastern Funding LLC** 213 W 35th St Ste 2W New York, NY 10001 | | **2024 Freightliner M-2 1065** **2023 Jerr-Dan** | | $131,065.00 | $93,000.00 | $38,065.00 |
| **Headway** 4700 W Daybreak Pkwy Ste 200 South Jordan, UT 84009 | | | | | | $38,000.00 |

Debtor **DB Transport LLC**　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Keystone EFC**  433 S Main St Suite 30  West Hartford, CT 06110 | | **2021 Ford F250** | | $38,500.00 | $35,900.00 | $2,600.00 |
| **On Deck**  4700 W . Daybreak Pkwy  South Jordan, UT 84009 | | | | | | $98,000.00 |
| **PacWestern**  222 S Main St 5th Fl  Salt Lake City, UT 84101 | | | | | | $74,250.00 |
| **SBA**  14925 Kingsport Rd  Fort Worth, TX 76155 | | | | | | $140,000.00 |
| **Stearns Bank**  P.O. Box 750  Albany, MN 56307-0750 | | | | $45,282.78 | $0.00 | $45,282.78 |
| **Stearns Bank**  P.O. Box 750  Albany, MN 56307-0750 | | **2019 Kenworth T680** | | $76,768.40 | $38,000.00 | $38,768.40 |
| **UniSource Capital**  214 Canton Rd Ste 1  Cumming, GA 30040 | | | | $2,003.08 | $0.00 | $2,003.08 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |