MSSB-7007.1-BK (11/23)

# United States Bankruptcy Court
# Southern District of Mississippi

In re **DB Transport LLC**
Debtor(s)

Case No. **25-51307**
Chapter **11**

## Amended Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, **DB Transport LLC**, a
[Name of Corporate Party]

**[Check One]**

☐ Party to a contested matter **Miss. Bankr. LR. 9014-1(c)**
☑ Corporate **Debtor FRBP 1007(a)(1)**
☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**
☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

☑ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

> **Donshekie Barrett**
> **5043 Fairbury Way**
> **D'Iberville, MS 39540**

**OR**

☐ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: **September 5, 2025**

**/s/ Thomas C. Rollins, Jr.**
Attorney Signature

**Thomas C. Rollins, Jr.**          **103469 MS**
Attorney Name                        State Bar Number

**P.O. Box 13767**
**Jackson, MS 39236**
Address

**Jackson MS 39236-0000**
City, State, and Zip Code

**601-500-5533**          **trollins@therollinsfirm.com**
Telephone Number          Email Address

**Pursuant to Miss. Bankr. LR. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 applies to general partnerships, limited partnerships, joint ventures, and limited liability companies.**