# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    DB TRANSPORT LLC                               CASE NO. 25-51307-KMS

    **DEBTOR .**                                                     **CHAPTER 11**

## NOTICE OF 11 U.S.C. § 1188(a) STATUS CONFERENCE AND DUE DATE FOR DEBTOR'S REPORT UNDER 11 U.S.C. § 1188(c)

    YOU ARE HEREBY NOTIFIED that the Status Conference required under 11 U.S.C. § 1188(a) to further the expeditious and economical resolution of this Subchapter V Reorganization case will be held on October 16, 2025, at 1:30 p.m., as a telephonic status conference.  **The dial in number for the telephonic conference is 1-833-990-9400 or 571-353-2301; Access Code: 1059329**.

    ON OR BEFORE October 2, 2025, Debtor shall file with the court and serve on the trustee and all parties in interest the report required under 11 U.S.C. § 1188(c).

DATE:  September 8, 2025                         Danny L. Miller, Clerk of Court
                                                                         Dan M. Russell, Jr. U. S. Courthouse
                                                                             2012 15th Street, Suite 244
                                                                             Gulfport, MS 39501
                                                                             228-563-1790

Courtroom Deputy
228-563-1841