IN THE UNITED STATES BANKRUPTCY COURT
IN THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:

DB TRANSPORT LLC                          CASE NO. 25-51307 KMS

## NOTICE

**TO ALL CREDITORS AND PARTIES-IN-INTEREST**:

**NOTICE IS HEREBY GIVEN** that Robert Alan Byrd, the Subchapter V Trustee, in the above styled and numbered cause, has filed with this Court a Motion to Require Escrowed Subchapter V Trustee Payments.

Any response to said Motion must be filed via ECF if you are registered with the Electronic Case Filing system, or in the alternative by mail to the Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, no later than twenty one (21) days from the date of this Notice. A copy of any such Response shall also be served upon Robert Byrd, Subchapter V Trustee, at the address shown below.

In the absence of responses, the Court will rule on the Motion, ex parte. Copies of said application may be obtained by written request to Robert Byrd, Subchapter V Trustee, upon payment of copying and mailing expenses. Said Motion is also on file with the United States Bankruptcy Court and is available for review by creditors.

DATED: 9/8/2025                      BY: /S/ROBERT ALAN BYRD
                                                 SUBCHAPTER V TRUSTEE
                                                 MSB#7651
                                                 BYRD & WISER
                                                 PO DRAWER 1939
                                                 BILOXI, MS 39533
                                                 (228) 432-8123
                                                 EMAIL: rab@byrdwiser.com

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

## CERTIFICATE

I, ROBERT ALAN BYRD, Subchapter V Trustee, do hereby certify that on this day the foregoing paper was filed electronically with the Clerk of the Court using the Court's ECF system, which served a true and correct copy of such paper electronically on all parties enlisted to receive service electronically as of the date hereof, including the following:

**ALL PARTIES LISTED ON THE SERVICE LIST ATTACHED HERETO**

U.S. Trustee via the Court's ECF system at **USTPRegion05.JA.ECF@usdoj.gov**

This the 8th day of September, 2025.

/S/Robert Alan Byrd
ROBERT ALAN BYRD#7651

Prepared by:
Robert Alan Byrd, MSB No. 7651
BYRD & WISER
Attorneys at Law
145 Main Street -39530
P O Box 1939
Biloxi MS 39533
Tel: 228.432.8123
Fax: 228.432.7029
Email: rab@byrdwiser.com

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

```
DB TRANSPORT LLC              EASTERN FUNDING LLC           STEARNS BANK
3586 SANGANI BLVD             213 W 35TH ST                 P.O. BOX 750
STE L 307                     STE 2W                        ALBANY, MN 56307-0750
DIBERVILLE, MS 39540          NEW YORK, NY 10001


THOMAS C. ROLLINS, JR.        FIRST COMMERCE OF AMER        STEPHEN B ELGGREN
THE ROLLINS LAW FIRM, PLLC    155 B AVE, #300               PO BOX 1726
P.O. BOX 13767                CHAPEL HILL, TN 37034         DRAPER, UT 84020
JACKSON, MS 39236


ALLY                          HEADWAY                       UNISOURCE CAPITAL
P.O. BOX 9001951              4700 W DAYBREAK PKWY          214 CANTON RD
LOUISVILLE, KY 40290          STE 200                       STE 1
                              SOUTH JORDAN, UT 84009        CUMMING, GA 30040


AMERICAN EXPRESS              KEYSTONE EFC                  US ATTORNEY GENERAL
P.O. BOX 981537               433 S MAIN ST SUITE 30        US DEPT OF JUSTICE
EL PASO, TX 79998             WEST HARTFORD, CT 06110       950 PENNSYLVANIA AVENW
                                                            WASHINGTON, DC 20530-00


AMUR                          MIDLAND                       WEX BANK
P.O. BOX 2555                 5403 OLYMPIC DR               PO BOX 639
GRAND ISLAND, NE 68801        STE 200                       PORTLAND, ME 04104
                              GIG HARBOR, WA 98335


ASCENTIUM CAPITAL             ON DECK
23970 HWY 59 N                4700 W . DAYBREAK PKWY
KINGWOOD, TX 77339            SOUTH JORDAN, UT 84009


ATOB                          PACWESTERN
1 EMBARCADERO CTR             222 S MAIN ST 5TH FL
STE 1200                      SALT LAKE CITY, UT 84101
SAN FRANCISCO, CA 94111


CADENCE BANK                  SBA
2910 W JACKSON ST             14925 KINGSPORT RD
TUPELO, MS 38801              FORT WORTH, TX 76155


DONSHEKIE BARRETT             SBA
5043 FAIRBURY WAY             C/O US ATTORNEY'S OFFI
DIBERVILLE, MS 39540          501 E COURT ST
                              STE. 4.430
                              JACKSON, MS 39201
```