**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     DB Transport LLC, Debtor           Case No. 25-51307-KMS
                                                                                                    **CHAPTER 11**

**APPLICATION OF DEBTOR IN POSSESSION TO EMPLOY COUNSEL**

COMES NOW, DB Transport LLC (the "Debtor"), by and through the undersigned counsel, pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014, and hereby respectfully moves this Court to approve the employment of Thomas C. Rollins, Jr. and Jennifer Curry Calvillo of The Rollins Law Firm, PLLC as attorney for the Debtor in Possession. In support of this application, the Debtor states as follows:

1. On September 4, 2025, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Mississippi.

2. The Debtor wishes to employ Thomas C. Rollins, Jr. and Jennifer Curry Calvillo of The Rollins Law Firm, PLLC as their attorneys in this Chapter 11 case.

3. The professional services to be rendered by Mr. Rollins and Mrs. Calvillo include, but are not limited to, advising the Debtor on all matters which are now anticipated to arise in the functioning of this proceeding.

4. Mr. Rollins and Mrs. Calvillo are competent to represent the Debtor in all matters which are now anticipated to arise in the functioning of this proceeding.

5. To the best of the Debtor's knowledge, Mr. Rollins and Mrs. Calvillo have no adverse interest to the Debtor or the estate and has no connection with the creditors or other parties in interest or their respective attorneys.

6. The proposed terms of employment for Mr. Rollins and Mrs. Calvillo are as follows:
    a. Thomas Rollins' hourly rate is $410 per hour.
    b. Jennifer Calvillo's hourly rate is $375 per hour.
    c. Paralegals will bill at $155 per hour.
    d. Legal assistants will bill at $100 per hour.

7. Any retainer received will be applied against the fees and expenses incurred before any additional fees will be sought.

8. The Bankruptcy Code allows for the employment of professionals, including attorneys, on reasonable terms and conditions, subject to court approval.  11 U.S.C. § 327(a)

9. The proposed terms of employment, including the hourly rates, are reasonable and in line with prevailing market rates for attorneys with similar experience and expertise in bankruptcy matters.

10. The employment of Mr. Rollins and Mrs. Calvillo is necessary and in the best interests of the Debtor and the estate to ensure proper representation throughout the Chapter 11 proceedings.

WHEREFORE, the Debtor respectfully requests that this Court enter an order:

A. Authorizing the employment of Thomas C. Rollins, Jr. and Jennifer Curry Calvillo of The Rollins Law Firm, PLLC as attorneys for the Debtor in Possession;

B. Approving the terms of employment as set forth in this application; and

C. Granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

Beckham Jewelry, LLC, APPLICANT

BY:

 /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Its Attorney


Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

## **CERTIFICATE OF SERVICE**

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Application were forwarded on September 9, 2025, to:

By Electronic CM/ECF Notice:

      Robert A. Byrd, Chapter 11 Trustee

      U.S. Trustee

      /s/ Thomas C. Rollins, Jr.
      Thomas C. Rollins, Jr.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: DB Transport LLC, Debtor     Case No. 25-51307-KMS
CHAPTER 11

### AFFIDAVIT OF ATTORNEY

STATE OF MISSISSIPPI
COUNTY OF HINDS

I, Thomas C. Rollins, Jr., being duly sworn, hereby depose and say:

1. I am an attorney duly admitted to practice law in the State of Mississippi and before the United States District Court for the Southern District of Mississippi. I am a partner of The Rollins Law Firm, PLLC (the "Firm"), which maintains its principal office at 40 Northtown Drive, Jackson MS 39211.

2. This Affidavit is submitted pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014(a) in support of the application of DB Transport LLC (the "Debtor") for an order approving the employment of myself and the Firm as attorneys for the Debtor in Possession in the above-captioned Chapter 11 case (the "Case"). This Case was filed on September 4, 2025, in the United States Bankruptcy Court for the Southern District of Mississippi (the "Court").

3. To the best of my knowledge, I do not represent any interest adverse to the Debtor or its estate in the matters upon which I am to be engaged. I am a "disinterested person" as that term is defined in 11 U.S.C. § 101(14). The Firm, its partners, of counsel, and associates:

   a. are not creditors, equity security holders, or insiders of the Debtor;

   b. are not and were not, within two years before the Petition Date, directors, officers, or employees of the Debtor; and

    c. do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

FURTHER, AFFIANT SAITH NOT.

Dated this the 8th day of September, 2025.

X _JR_

By: Thomas C. Rollins Jr

SWORN TO AND SUBSCRIBED BEFORE ME, this the 8th day of September, 2025.

_Shaton Andrews_
NOTARY PUBLIC



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  DB Transport LLC, Debtor   Case No. 25-51307-KMS
CHAPTER 11

**AFFIDAVIT OF ATTORNEY**

STATE OF MISSISSIPPI
COUNTY OF HINDS

I, Jennifer Curry Calvillo being duly sworn, hereby depose and say:

1. I am an attorney duly admitted to practice law in the State of Mississippi and before the United States District Court for the Southern District of Mississippi. I am a partner of The Rollins Law Firm, PLLC (the "Firm"), which maintains its principal office at 40 Northtown Drive, Jackson MS 39211.

2. This Affidavit is submitted pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014(a) in support of the application of DB Transport LLC, (the "Debtor") for an order approving the employment of myself and the Firm as attorneys for the Debtor in Possession in the above-captioned Chapter 11 case (the "Case"). This Case was filed on September 4, 2025, in the United States Bankruptcy Court for the Southern District of Mississippi (the "Court").

3. To the best of my knowledge, I do not represent any interest adverse to the Debtor or its estate in the matters upon which I an to be engaged. I am a "disinterested person" as that term is defined in 11 U.S.C. § 101(14) The Firm, its partners, of counsel, and associates:

    a. are not creditors, equity security holders, or insiders of the Debtor;

b. are not and were not, within two years before the Petition Date, directors, officers, or employees of the Debtor; and

c. do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

FURTHER, AFFIANT SAITH NOT.

Dated this the 9th day of September, 2025.

By: Jennifer A. Curry Calvillo

SWORN TO AND SUBSCRIBED BEFORE ME, this the 9th day of September, 2025.

Jacqueline L. Curry
NOTARY PUBLIC

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID# 94060
JACQUELINE L. CURRY
Commission Expires
Feb. 13, 2029
FORREST COUNTY