# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   DB Transport LLC, Debtor                    Case No. 25-51307-KMS
                                                     **CHAPTER 11**

## NOTICE

Debtor has filed amended papers with the court to be Employ Counsel. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to Debtor's attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Application.

Date: September 9, 2025         Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer A Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             P.O. Box 13767
                                             Jackson, MS 39236
                                             601-500-5533
                                             trollins@therollinsfirm.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   DB Transport LLC, Debtor         Case No. 25-51307-KMS
                                                                                        CHAPTER 11

## APPLICATION OF DEBTOR IN POSSESSION TO EMPLOY COUNSEL

COMES NOW, DB Transport LLC (the "Debtor"), by and through the undersigned counsel, pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014, and hereby respectfully moves this Court to approve the employment of Thomas C. Rollins, Jr. and Jennifer Curry Calvillo of The Rollins Law Firm, PLLC as attorney for the Debtor in Possession. In support of this application, the Debtor states as follows:

1. On September 4, 2025, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Mississippi.

2. The Debtor wishes to employ Thomas C. Rollins, Jr. and Jennifer Curry Calvillo of The Rollins Law Firm, PLLC as their attorneys in this Chapter 11 case.

3. The professional services to be rendered by Mr. Rollins and Mrs. Calvillo include, but are not limited to, advising the Debtor on all matters which are now anticipated to arise in the functioning of this proceeding.

4. Mr. Rollins and Mrs. Calvillo are competent to represent the Debtor in all matters which are now anticipated to arise in the functioning of this proceeding.

5. To the best of the Debtor's knowledge, Mr. Rollins and Mrs. Calvillo have no adverse interest to the Debtor or the estate and has no connection with the creditors or other parties in interest or their respective attorneys.

6. The proposed terms of employment for Mr. Rollins and Mrs. Calvillo are as follows:
   a. Thomas Rollins' hourly rate is $410 per hour.
   b. Jennifer Calvillo's hourly rate is $375 per hour.
   c. Paralegals will bill at $155 per hour.
   d. Legal assistants will bill at $100 per hour.

7. Any retainer received will be applied against the fees and expenses incurred before any additional fees will be sought.

8. The Bankruptcy Code allows for the employment of professionals, including attorneys, on reasonable terms and conditions, subject to court approval. 11 U.S.C. § 327(a)
9. The proposed terms of employment, including the hourly rates, are reasonable and in line with prevailing market rates for attorneys with similar experience and expertise in bankruptcy matters.
10. The employment of Mr. Rollins and Mrs. Calvillo is necessary and in the best interests of the Debtor and the estate to ensure proper representation throughout the Chapter 11 proceedings.

WHEREFORE, the Debtor respectfully requests that this Court enter an order:

A. Authorizing the employment of Thomas C. Rollins, Jr. and Jennifer Curry Calvillo of The Rollins Law Firm, PLLC as attorneys for the Debtor in Possession;
B. Approving the terms of employment as set forth in this application; and
C. Granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

Beckham Jewelry, LLC, APPLICANT

BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Its Attorney

Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

## **CERTIFICATE OF SERVICE**

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Application were forwarded on September 9, 2025, to:

By Electronic CM/ECF Notice:

      Robert A. Byrd, Chapter 11 Trustee

      U.S. Trustee

      /s/ Thomas C. Rollins, Jr.
      Thomas C. Rollins, Jr.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    DB Transport LLC, Debtor                Case No. 25-51307-KMS
                                                                                                                                  CHAPTER 11

## AFFIDAVIT OF ATTORNEY

STATE OF MISSISSIPPI
COUNTY OF HINDS

I, Thomas C. Rollins, Jr., being duly sworn, hereby depose and say:

1. I am an attorney duly admitted to practice law in the State of Mississippi and before the United States District Court for the Southern District of Mississippi. I am a partner of The Rollins Law Firm, PLLC (the "Firm"), which maintains its principal office at 40 Northtown Drive, Jackson MS 39211.

2. This Affidavit is submitted pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014(a) in support of the application of DB Transport LLC (the "Debtor") for an order approving the employment of myself and the Firm as attorneys for the Debtor in Possession in the above-captioned Chapter 11 case (the "Case"). This Case was filed on September 4, 2025, in the United States Bankruptcy Court for the Southern District of Mississippi (the "Court").

3. To the best of my knowledge, I do not represent any interest adverse to the Debtor or its estate in the matters upon which I am to be engaged. I am a "disinterested person" as that term is defined in 11 U.S.C. § 101(14). The Firm, its partners, of counsel, and associates:

   a. are not creditors, equity security holders, or insiders of the Debtor;

   b. are not and were not, within two years before the Petition Date, directors, officers, or employees of the Debtor; and

c. do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

FURTHER, AFFIANT SAITH NOT.

Dated this the 8th day of September, 2025.

X_____JR_____

By: _____Thomas C Rollins Jr_____

SWORN TO AND SUBSCRIBED BEFORE ME, this the 8th day of ___September___, 20_25_.

_____Shaton Andrews_____
NOTARY PUBLIC



STATE OF MISSISSIPPI
NOTARY PUBLIC
ID# 494098
SHATON ANDREWS
Commission Expires
Jan. 7, 2029
RANKIN COUNTY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     DB Transport LLC, Debtor         Case No. 25-51307-KMS
                                                                                       CHAPTER 11

**AFFIDAVIT OF ATTORNEY**

STATE OF MISSISSIPPI
COUNTY OF HINDS

I, Jennifer Curry Calvillo being duly sworn, hereby depose and say:

1. I am an attorney duly admitted to practice law in the State of Mississippi and before the United States District Court for the Southern District of Mississippi. I am a partner of The Rollins Law Firm, PLLC (the "Firm"), which maintains its principal office at 40 Northtown Drive, Jackson MS 39211.

2. This Affidavit is submitted pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014(a) in support of the application of DB Transport LLC, (the "Debtor") for an order approving the employment of myself and the Firm as attorneys for the Debtor in Possession in the above-captioned Chapter 11 case (the "Case"). This Case was filed on September 4, 2025, in the United States Bankruptcy Court for the Southern District of Mississippi (the "Court").

3. To the best of my knowledge, I do not represent any interest adverse to the Debtor or its estate in the matters upon which I an to be engaged. I am a "disinterested person" as that term is defined in 11 U.S.C. § 101(14) The Firm, its partners, of counsel, and associates:

     a. are not creditors, equity security holders, or insiders of the Debtor;

b. are not and were not, within two years before the Petition Date, directors, officers, or employees of the Debtor; and

c. do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

FURTHER, AFFIANT SAITH NOT.

Dated this the 9th day of September, 2025.

By: Jennifer A. Curry Calvillo

SWORN TO AND SUBSCRIBED BEFORE ME, this the 9th day of September, 2025.

Jacqueline L. Curry
NOTARY PUBLIC

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID# 94060
JACQUELINE L. CURRY
Commission Expires
Feb. 13, 2029
FORREST COUNTY

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-51307 |
|---|---|
| DB TRANSPORT LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 9/9/2025, I did cause a copy of the following documents, described below,

Notice and Application to Employ Counsel

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/9/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>DB TRANSPORT LLC | CASE NO: 25-51307<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11 |

On 9/9/2025, a copy of the following documents, described below,

Notice and Application to Employ Counsel

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/9/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                                                                           DEBTOR

 LABEL MATRIX FOR LOCAL NOTICING     ALLY BANK CO AIS PORTFOLIO SERVICES     DB TRANSPORT LLC
NCRS ADDRESS DOWNLOAD                LLC                                     3586 SANGANI BLVD
CASE 25-51307                        4515 N SANTA FE AVE DEPT APS            STE L 307
SOUTHERN DISTRICT OF MISSISSIPPI     OKLAHOMA CITY   OK 73118-7901           DIBERVILLE  MS 39540-0024
TUE SEP 9 9-31-4 PST 2025




EXCLUDE

US BANKRUPTCY COURT                  AMUR                                    ALLY
DAN M RUSSELL  JR US COURTHOUSE      PO BOX 2555                             PO BOX 9001951
2012 15TH STREET  SUITE 244          GRAND ISLAND  NE 68802-2555             LOUISVILLE  KY 40290-1951
GULFPORT  MS 39501 2036






AMERICAN EXPRESS                     (P)ASCENTIUM CAPITAL                    ATOB
PO BOX 981537                        ATTN BANKRUPTCY                         1 EMBARCADERO CTR
EL PASO  TX 79998-1537               23970 US 59 NORTH                       STE 1200
                                     KINGWOOD TX 77339-1535                  SAN FRANCISCO  CA 94111-3617




CADENCE BANK                         DONSHEKIE BARRETT                       EASTERN FUNDING LLC
2910 W JACKSON ST                    5043 FAIRBURY WAY                       213 W 35TH ST
TUPELO  MS 38801-6799                DIBERVILLE  MS 39540-1000               STE 2W
                                                                             NEW YORK  NY 10001-0217




FIRST COMMERCE OF AMER               HEADWAY                                 (P)INTERNAL REVENUE SERVICE
155 B AVE  300                       4700 W DAYBREAK PKWY                    CENTRALIZED INSOLVENCY OPERATIONS
CHAPEL HILL  TN 37034                STE 200                                 PO BOX 7346
                                     SOUTH JORDAN  UT 84009-5133             PHILADELPHIA PA 19101-7346




KEYSTONE EFC                         (P)MISSISSIPPI STATE TAX COMMISSION     MIDLAND
433 S MAIN ST SUITE 30               P O BOX 22808                           5403 OLYMPIC DR
WEST HARTFORD  CT 06110-1670         JACKSON MS 39225-2808                   STE 200
                                                                             GIG HARBOR  WA 98335-1853




ON DECK                              PACWESTERN                              SBA
4700 W  DAYBREAK PKWY                222 S MAIN ST 5TH FL                    14925 KINGSPORT RD
SOUTH JORDAN  UT 84009-5133          SALT LAKE CITY  UT 84101-2185           FORT WORTH  TX 76155-2243




SBA                                  (P)STEARNS BANK NATIONAL ASSOCIATION    STEPHEN B ELGGREN
CO US ATTORNEYS OFFI                 ATTN LEGAL DEPARTMENT                   PO BOX 1726
501 E COURT ST                       4191 2ND STREET SOUTH                   DRAPER  UT 84020-1726
STE 4430                             ST CLOUD MN 56301-3761
JACKSON  MS 39201-5025




US ATTORNEY SD MISSISSIPPI           US ATTORNEY SD MISSISSIPPI              US SECURITIES AND EXCHANGE COMMISSION
CO INTERNAL REVENUE SERVICE          CO US SECURITIES AND EXCHANGE COMMISS   OFFICE OF REORGANIZATION
1575 20TH AVENUE  2ND FLOOR          1575 20TH AVENUE  2ND FLOOR             950 EAST PACES FERRY ROAD  SUITE 900
GULFPORT  MS 39501-2040              GULFPORT  MS 39501-2040                 ATLANTA  GA 30326-1382
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

|  |  |  |
|---|---|---|
| US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON   DC 20530-0001 | UNISOURCE CAPITAL<br>214 CANTON RD<br>STE 1<br>CUMMING   GA 30040-2370 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON   MS 39201-5022~~ |
| WEX BANK<br>PO BOX 639<br>PORTLAND   ME 04104-0639 | ~~EXCLUDE~~<br>~~ROBERT A BYRD~~<br>~~BYRD  WISER~~<br>~~P O BOX 1939~~<br>~~BILOXI   MS 39533-1939~~ | ~~EXCLUDE~~<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM  PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON   MS 39236-3767~~ |