IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     DB Transport LLC, Debtor                     Case No. 25-51307-KMS
                                                                    CHAPTER 11

Estimated Monthly Budget

| | |
|---|---|
| **Sales/Income** | **$123,762.46** |
| | |
| **Expenses:** | |
| Ad/Marketing | $6,006.40 |
| Bank charges/fees | $244.70 |
| Broker Fees | $75.00 |
| Contractor Payments | $24,315.18 |
| Dues and subscriptions | $8.51 |
| ELD Systems | $180.00 |
| Equipment | $438.12 |
| Fed Taxes | $2,000.00 |
| Hiring Expenses | $539.92 |
| IFTA | $36.40 |
| Insurance | $14,971.72 |
| Insurance-State Farm | $2,116.91 |
| Job Supplies | $3,620.03 |
| Legal Fees | $1,166.67 |
| Meals&entertainment | $185.86 |
| Truck Fuel | $34,142.06 |
| Office Expenses | $232.61 |
| Office subscriptions | $71.17 |
| Office software | $254.04 |
| Hirings Ads | $421.37 |
| Port Escort Fees | $72.50 |
| Rent & Lease | $875.26 |
| Rent & Lease of Buildings | $2,175.00 |
| Repairs and Maintenance | $8,901.93 |
| Taxes & Licenses | $1,166.67 |
| Toll Services | $288.81 |
| Travel | $121.60 |
| Utilites | $475.83 |
| Reserve | $1,500.00 |
| **Total Expense** | **$106,604.27** |
| **Net** | **$17,158.19** |



DEBTOR'S EXHIBIT
A
_____
The Rollins Law Firm, PLLC