IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   DB Transport LLC, Debtor                          Case No. 25-51307-KMS
                                                           CHAPTER 11

## MOTION TO EXPEDITE HEARING

COMES NOW, DB Transport LLC, ("Debtor"), by and through counsel, and moves this Court to order an expedited preliminary hearing on the *Motion for Authority to Use Cash Collateral and for Grant of Adequate Protection* (Dk # 20), and in support thereof, would respectfully show the Court as follows:

1. Debtor is the duly qualified, and acting, Debtor-in-possession. Debtor continues to operate its business as debtor-in-possession.

2. Debtor has filed a *Motion for Authority to Use Cash Collateral and for Grant of Adequate Protection* (Dk # 20) seeking authority of the Court to use cash collateral and for other relief.

3. Debtor would respectfully show unto the Court that debtor has an immediate business need to use cash collateral to continue operations, acquire goods and services and other necessary business expenses. Failure to do so would irreparably harm the business.

WHEREFORE, Debtor prays for an Order granting this motion and entering an order expediting a preliminary hearing on the Cash Collateral Motion.

Respectfully Submitted,

Campbell Family Enterprises, Inc.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., MSB 103469
The Rollins Law Firm, PLLC
P.O. Box 13767,
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

**CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., attorney for DB Transport LLC, do hereby certify that I have this this date electronically transmitted via CM/ECF Noticing, a true and correct copy of the above and foregoing *MOTION TO EXPEDITE HEARING* to the following on the day and year hereinafter set forth:

Robert A. Byrd
rab@byrdwiser.com, rbyrdMSN@ecf.axosfs.com


U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov


**SO CERTIFIED,** this the 9th day September, 2025.


/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.