**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:      DB Transport LLC, Debtor                      Case No. 25-51307-KMS
                                                          CHAPTER 11

**ORDER ON MOTION TO EXPEDITE HEARING**

THIS CAUSE having come on this date on the Motion to Expedite Hearing (Dk # ___), the Court having reviewed and considered the facts herein, and there being no objection from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Motion to Expedite Hearing is granted.

IT IS FURTHER ORDERED that a preliminary hearing on the *Motion for Authority to Use Cash Collateral and for Grant of Adequate Protection* (Dk #20) shall be held on

#END OF ORDER#

SUBMITTED BY:
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR