

**SO ORDERED,**

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: September 10, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    DB Transport LLC, Debtor            Case No. 25-51307-KMS
                                              CHAPTER 11

### ORDER ON MOTION TO EXPEDITE HEARING

THIS CAUSE having come on this date on the Motion to Expedite Hearing (Dk #21), the Court having reviewed and considered the facts herein, and there being no objection from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Motion to Expedite Hearing is granted.

IT IS FURTHER ORDERED that a preliminary hearing on the *Motion for Authority to Use Cash Collateral and for Grant of Adequate Protection* (Dk #20) shall be held on September 16, 2025.

#END OF ORDER#

SUBMITTED BY:
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR