United States Bankruptcy Court
Southern District of Mississippi

In re:   Case No. 25-51307-KMS
DB Transport LLC   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 1
Date Rcvd: Sep 08, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + DB Transport LLC, 3586 Sangani Blvd, Ste L 307, Diberville, MS 39540-0024 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Robert A. Byrd | rab@byrdwiser.com rbyrd@ecf.axosfs.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor In Possession DB Transport LLC trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    DB TRANSPORT LLC                                  CASE NO. 25-51307-KMS

       **DEBTOR .**                                               **CHAPTER 11**

### NOTICE OF 11 U.S.C. § 1188(a) STATUS CONFERENCE AND
### DUE DATE FOR DEBTOR'S REPORT UNDER 11 U.S.C. § 1188(c)

YOU ARE HEREBY NOTIFIED that the Status Conference required under 11 U.S.C. § 1188(a) to further the expeditious and economical resolution of this Subchapter V Reorganization case will be held on October 16, 2025, at 1:30 p.m., as a telephonic status conference. **The dial in number for the telephonic conference is 1-833-990-9400 or 571-353-2301; Access Code: 1059329**.

ON OR BEFORE October 2, 2025, Debtor shall file with the court and serve on the trustee and all parties in interest the report required under 11 U.S.C. § 1188(c).

DATE:  September 8, 2025                         Danny L. Miller, Clerk of Court
                                                        Dan M. Russell, Jr. U. S. Courthouse
                                                         2012 15th Street, Suite 244
                                                         Gulfport, MS 39501
                                                         228-563-1790

Courtroom Deputy
228-563-1841