IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    DB Transport LLC, Debtor          Case No. 25-51307-KMS
                                                                             **CHAPTER 11**

## **MOTION TO CONVERT TO CHAPTER 7**

COMES NOW, DB Transport LLC (the "Debtor"), by and through undersigned counsel, and files this Motion to Convert Case to Chapter 7 pursuant to 11 U.S.C. § 1112(a), and in support thereof states as follows:

1. The Debtor filed this case on September 4, 2025, under Chapter 11, Subchapter V, of the Bankruptcy Code.

2. The Debtor operates a trucking business focused on automobile hauling.

3. Since the commencement of this case, the Debtor has reviewed its financial condition and prospects for rehabilitation.

4. After careful consideration, the Debtor has concluded that reorganization under Chapter 11 is not feasible, and that the best course of action for creditors and the estate is liquidation under Chapter 7.

5. Pursuant to 11 U.S.C. § 1112(a), the Debtor has the right to convert this Chapter 11 case to a case under Chapter 7 because:

    a) The case has not previously been converted; and

    b) The Debtor is a debtor eligible to be a debtor under Chapter 7

6. Conversion will allow a Chapter 7 trustee to liquidate the Debtor's assets in an orderly manner and maximize recovery for creditors.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that this Court enter an order converting this case from Chapter 11 to Chapter 7, and for such other and further

relief as the Court deems just and proper.

                                                Respectfully submitted

                                                DB Transport LLC, Debtor

                                                /s/ Thomas C. Rollins, Jr.
                                                Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above Motion to Convert was uploaded on September 12, 2025 to CM/ECF. The case trustee and U.S. Trustee will receive electronic notice from CM/ECF because they are registered to receive notices in this case.

                                                /s/ Thomas C. Rollins, Jr.
                                                Thomas C. Rollins, Jr.