# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51307          **Case Name:** DB Transport LLC

**Set:** 09/16/2025 10:00 am   **Chapter:** 11   **Type:** bk      **Judge** Katharine M. Samson

**matter**   Motion to Use Cash Collateral and for Grant of Adequate Protection Filed by Debtor In Possession DB Transport LLC (Attachments: # 1 Exhibit A # 2 Proposed Order)  (Dkt. #20)

---

 Minute Entry Re: (related document(s): [20] Motion to Use Cash Collateral filed by DB Transport LLC) Rollins to submit a Motion and Order to withdraw the Motion. Motion and Order due by 09/30/2025. (mcc)