IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     DB Transport LLC, Debtor            Case No. 25-51307-KMS
                                               CHAPTER 11

## MOTION TO WITHDRAW DEBTOR'S MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND FOR GRANT OF ADEQUATE PROTECTION

COMES NOW, DB Transport LLC (the "Debtor"), by and through undersigned counsel, and respectfully moves this Court for entry of an Order permitting withdrawal of the pending *Motion for Authority to Use Cash Collateral and for Grant of Adequate Protection* (the "Cash Collateral Motion"), and in support thereof states as follows:

1) On September 9, 2025, the Debtor filed its Motion for Authority to Use Cash Collateral and for Grant of Adequate Protection (Dk# 20).

2) Subsequent to the filing of the Cash Collateral Motion, the Debtor filed a Motion to Convert this Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code on September 12, 2025 (Dk#27).

3) Considering the pending request for conversion and the anticipated appointment of a Chapter 7 Trustee, the relief sought in the Cash Collateral Motion is no longer necessary or appropriate.

4) Accordingly, the Debtor seeks to withdraw the Cash Collateral Motion without prejudice.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order granting withdrawal of the Motion for Authority to Use Cash Collateral and for Grant of Adequate Protection, together with such other relief as the Court deems just and proper.

Respectfully submitted,

Counsel for Debtor

BY:     /s/ Thomas C. Rollins, Jr.
        Thomas C. Rollins, Jr. (MSBN 103469)
        The Rollins Law Firm, PLLC
        P.O. Box 13767
        Jackson, MS 39236
        601-500-5533

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>  DB TRANSPORT LLC | CASE NO: 25-51307<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 9/15/2025, I did cause a copy of the following documents, described below,

MOTION TO WITHDRAW DEBTOR'S MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND FOR GRANT OF ADEQUATE PROTECTION

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/15/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>DB TRANSPORT LLC | CASE NO: 25-51307<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11 |

On 9/15/2025, a copy of the following documents, described below,

MOTION TO WITHDRAW DEBTOR'S MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND FOR GRANT OF ADEQUATE PROTECTION

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/15/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| FIRST CLASS | CASE INFO | |
|---|---|---|
| FIRST CORPORATE SOLUTIONS<br>914 S STREET<br>SACRAMENTO CA 95811 | LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-51307<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>MON SEP 15 12-27-15 PST 2025 | ALLY BANK CO AIS PORTFOLIO SERVICES<br>LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| DEBTOR<br>DB TRANSPORT LLC<br>3586 SANGANI BLVD<br>STE L 307<br>DIBERVILLE   MS 39540-0024 | FIRST CORPORATE SOLUTIONS<br>914 S STREET<br>SACRAMENTO   CA 95811-7025 | KEYSTONE EQUIPMENT FINANCE<br>433 S MAIN ST SUITE 30<br>WEST HARTFORD   CT 06110-2810 |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501 2036~~ | AMUR<br>PO BOX 2555<br>GRAND ISLAND  NE 68802-2555 | ALLY<br>PO BOX 9001951<br>LOUISVILLE  KY 40290-1951 |
| ALLY BANK<br>AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | ~~EXCLUDE~~<br>~~(D)ALLY BANK CO AIS PORTFOLIO SERVICES~~<br>~~LLC~~<br>~~4515 N SANTA FE AVE DEPT APS~~<br>~~OKLAHOMA CITY   OK 73118-7901~~ | AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO  TX 79998-1537 |
| (P)ASCENTIUM CAPITAL<br>ATTN BANKRUPTCY<br>23970 US 59 NORTH<br>KINGWOOD TX 77339-1535 | ATOB<br>1 EMBARCADERO CTR<br>STE 1200<br>SAN FRANCISCO  CA 94111-3617 | CADENCE BANK<br>2910 W JACKSON ST<br>TUPELO  MS 38801-6799 |
| DONSHEKIE BARRETT<br>5043 FAIRBURY WAY<br>DIBERVILLE   MS 39540-1000 | EASTERN FUNDING LLC<br>213 W 35TH ST<br>STE 2W<br>NEW YORK  NY 10001-0217 | FIRST COMMERCE OF AMER<br>155 B AVE  300<br>CHAPEL HILL  TN 37034 |
| HEADWAY<br>4700 W DAYBREAK PKWY<br>STE 200<br>SOUTH JORDAN  UT 84009-5133 | (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | KEYSTONE EFC<br>433 S MAIN ST SUITE 30<br>WEST HARTFORD  CT 06110-1670 |
| (P)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 | MIDLAND<br>5403 OLYMPIC DR<br>STE 200<br>GIG HARBOR  WA 98335-1853 | ON DECK<br>4700 W  DAYBREAK PKWY<br>SOUTH JORDAN  UT 84009-5133 |
| PACWESTERN<br>222 S MAIN ST 5TH FL<br>SALT LAKE CITY  UT 84101-2185 | SBA<br>14925 KINGSPORT RD<br>FORT WORTH  TX 76155-2243 | SBA<br>CO US ATTORNEYS OFFI<br>501 E COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

(P)STEARNS BANK NATIONAL ASSOCIATION
ATTN LEGAL DEPARTMENT
4191 2ND STREET SOUTH
ST CLOUD MN 56301-3761

STEPHEN B ELGGREN
PO BOX 1726
DRAPER  UT 84020-1726

US ATTORNEY SD MISSISSIPPI
CO INTERNAL REVENUE SERVICE
1575 20TH AVENUE  2ND FLOOR
GULFPORT  MS 39501-2040

US ATTORNEY SD MISSISSIPPI
CO US SECURITIES AND EXCHANGE COMMISS
1575 20TH AVENUE  2ND FLOOR
GULFPORT  MS 39501-2040

US SECURITIES AND EXCHANGE COMMISSION
OFFICE OF REORGANIZATION
950 EAST PACES FERRY ROAD  SUITE 900
ATLANTA  GA 30326-1382

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

UNISOURCE CAPITAL
214 CANTON RD
STE 1
CUMMING  GA 30040-2370

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON  MS 39201-5022~~

WEX BANK
PO BOX 639
PORTLAND  ME 04104-0639

~~EXCLUDE~~
~~ROBERT A BYRD~~
~~BYRD  WISER~~
~~P O BOX 1939~~
~~BILOXI  MS 39533-1939~~

~~EXCLUDE~~
~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM  PLLC~~
~~PO BOX 13767~~
~~JACKSON  MS 39236-3767~~