IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   DB Transport LLC, Debtor              Case No. 25-51307-KMS
                                                CHAPTER 11

## ORDER GRANTING MOTION TO WITHDRAW DEBTOR'S MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION

This matter came before the Court upon the Motion of DB Transport LLC's (the "Debtor") Motion to Withdraw its *Motion for Authority to Use Cash Collateral and for Grant of Adequate Protection* (the "Cash Collateral Motion") (DK# __) and the Court being otherwise fully advised in the premises, it is hereby:

IT IS HEREBY ORDERED THAT:

1. The Debtor's request to withdraw the Cash Collateral Motion is hereby **GRANTED**.
2. The Cash Collateral Motion (Dk # 20) is deemed **WITHDRAWN without prejudice**.
3. The Court shall retain jurisdiction to enforce and interpret the terms of this Order.

##END OF ORDER##

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533