___



     **SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 16, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    DB Transport LLC, Debtor    Case No. 25-51307-KMS
                                                                                **CHAPTER 11**

## ORDER ON MOTION TO CONVERT A CASE UNDER CHAPTER 11
## TO A CASE UNDER CHAPTER 7

On the Motion to Convert a Case Under Chapter 11 to a Case Under Chapter 7 (Dk # 27) filed by the Debtor, the Court having considered same, finds that that the relief requested is appropriate under the facts and the law.

**IT IS THEREFORE ORDERED** that this case shall be converted from a case under Chapter 11 to Chapter 7 of the Bankruptcy Code.

## ## END OF ORDER ##

Approved and Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533