

SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: September 17, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
    DB TRANSPORT LLC,                                  CASE NO. 25-51307 KMS

        DEBTOR(S).                                           CHAPTER 11

## ORDER DISMISSING ORDER TO SHOW CAUSE

There came on for consideration the Order to Show Cause (Dkt. #28) entered on September 12, 2025, to show cause why the case should not be dismissed for failure to comply with the Notice of Deficiency (Dkt. #5) in the above-styled case.  The Court, having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##