United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-51307-KMS
DB Transport LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 3
Date Rcvd: Sep 15, 2025     Form ID: 309F2     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | DB Transport LLC, 3586 Sangani Blvd, Ste L 307, Diberville, MS 39540-0024 |
| aty | + | Abigail M. Marbury, Office of the U.S. Trustee, 501 E Court Street Suite 6-430, Jackson, MS 39201-5022 |
| cr | + | Keystone Equipment Finance, 433 S Main St Suite 30, West Hartford, CT 06110-2810 |
| 5560322 | + | AtoB, 1 Embarcadero Ctr, Ste 1200, San Francisco, CA 94111-3617 |
| 5560323 | + | Cadence Bank, 2910 W Jackson St, Tupelo, MS 38801-6799 |
| 5560324 | + | Donshekie Barrett, 5043 Fairbury Way, Diberville, MS 39540-1000 |
| 5560326 | | First Commerce of Amer, 155 B Ave, #300, Chapel Hill, TN 37034 |
| 5560328 | + | Keystone EFC, 433 S Main St Suite 30, West Hartford, CT 06110-1670 |
| 5560329 | + | Midland, 5403 Olympic Dr, Ste 200, Gig Harbor, WA 98335-1853 |
| 5560331 | + | PacWestern, 222 S Main St 5th Fl, Salt Lake City, UT 84101-2185 |
| 5560335 | + | Stephen B Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 5560372 | + | U.S. Attorney S.D. Mississippi, c/o U.S. Securities and Exchange Commiss, 1575 20th Avenue, 2nd Floor, Gulfport, MS 39501-2040 |
| 5560336 | + | UniSource Capital, 214 Canton Rd, Ste 1, Cumming, GA 30040-2370 |
| 5560338 | + | Wex Bank, PO Box 639, Portland, ME 04104-0639 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: wrs@byrdwiser.com | Sep 15 2025 19:32:00 | Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |
| aty | | Email/Text: trollins@therollinsfirm.com | Sep 15 2025 19:32:00 | Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | | Email/Text: rab@byrdwiser.com | Sep 15 2025 19:32:00 | Robert A. Byrd, Byrd & Wiser, P O Box 1939, Biloxi, MS 39533-1939 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Sep 15 2025 19:32:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| cr | ^ | MEBN | Sep 15 2025 19:28:23 | First Corporate Solutions, 914 S Street, Sacramento, CA 95811-7025 |
| 5560320 | + | Email/Text: bankruptcy@amuref.com | Sep 15 2025 19:32:00 | AMUR, P.O. Box 2555, Grand Island, NE 68802-2555 |
| 5560321 | | Email/Text: bankruptcy@ascentiumcapital.com | Sep 15 2025 19:32:00 | Ascentium Capital, 23970 Hwy 59 N, Kingwood, TX 77339 |
| 5560318 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 15 2025 19:32:00 | Ally, P.O. Box 9001951, Louisville, KY 40290-1951 |
| 5561786 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 15 2025 19:39:26 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5561840 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 15 2025 19:39:26 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 15, 2025 | Form ID: 309F2 | Total Noticed: 35 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5560319 | + | Email/PDF: bncnotices@becket-lee.com | Sep 15 2025 19:39:26 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5560325 | + | Email/Text: legal@easternfunding.com | Sep 15 2025 19:32:00 | Eastern Funding LLC, 213 W 35th St, Ste 2W, New York, NY 10001-0217 |
| 5560327 | + | Email/Text: bankruptcy@ondeck.com | Sep 15 2025 19:32:00 | Headway, 4700 W Daybreak Pkwy, Ste 200, South Jordan, UT 84009-5133 |
| 5560369 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 15 2025 19:32:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114 |
| 5560370 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Sep 15 2025 19:32:00 | MS State Tax Commission, Bankruptcy Section, P.O. Box 23338, Jackson, MS 39225 |
| 5560330 | + | Email/Text: bankruptcy@ondeck.com | Sep 15 2025 19:32:00 | On Deck, 4700 W . Daybreak Pkwy, South Jordan, UT 84009-5133 |
| 5560332 | + | Email/Text: PDELINQ@sba.gov | Sep 15 2025 19:32:00 | SBA, 14925 Kingsport Rd, Fort Worth, TX 76155-2243 |
| 5560333 | + | Email/Text: ebone.woods@usdoj.gov | Sep 15 2025 19:32:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5560334 | | Email/Text: Bankruptcy@stearnsbank.com | Sep 15 2025 19:32:00 | Stearns Bank, P.O. Box 750, Albany, MN 56307-0750 |
| 5560368 | | Email/Text: atlreorg@sec.gov | Sep 15 2025 19:32:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |
| 5560337 | ^ | MEBN | Sep 15 2025 19:28:16 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5560371 | *+ | U.S. Attorney S.D. Mississippi, c/o Internal Revenue Service, 1575 20th Avenue, 2nd Floor, Gulfport, MS 39501-2040 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 17, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2025 at the address(es) listed below:

**Name**     **Email Address**

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Sep 15, 2025 | Form ID: 309F2 | Total Noticed: 35 |

Abigail M. Marbury
    on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov

Robert A. Byrd
    rab@byrdwiser.com rbyrd@ecf.axosfs.com

Robert Alan Byrd
    on behalf of Trustee Robert A. Byrd rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr
    on behalf of Debtor In Possession DB Transport LLC trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

# Notice of Chapter 11 Bankruptcy Case
## United States Bankruptcy Court Southern District of Mississippi

### Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor | **DB Transport LLC** <br> Name | EIN | **47–2536961** |
| United States Bankruptcy Court of the Southern District of Mississippi <br> Case number: **25–51307–KMS** | | Date case filed for chapter | **11   9/4/25** |

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| **1. Debtor's full name** | DB Transport LLC | | |
| **2. All other names used in the last 8 years** | | | |
| **3. Address** | 3586 Sangani Blvd <br> Ste L 307 <br> Diberville, MS 39540 | | |
| **4. Debtor's attorney** <br> Name and address | Thomas Carl Rollins Jr <br> The Rollins Law Firm, PLLC <br> PO BOX 13767 <br> Jackson, MS 39236 | Contact phone 601–500–5533 <br> Email trollins@therollinsfirm.com | |
| **5. Bankruptcy trustee** <br> Name and address | Robert A. Byrd <br> Byrd & Wiser <br> P O Box 1939 <br> Biloxi, MS 39533–1939 | Contact phone 228–432–8123 <br> Email rab@byrdwiser.com | |
| **6. Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Dan M. Russell, Jr. U.S. Courthouse <br> 2012 15th Street, Suite 244 <br> Gulfport, MS 39501 | **Office Hours:** <br> **Monday – Friday 8:00 AM – 5:00PM** <br><br> **Contact phone 228–563–1790** <br><br> **Date: 9/15/25** | |

For more information, see page 2 >

Debtor   **DB Transport LLC**                                                                                              Case number   **25–51307–KMS**

| | | |
|---|---|---|
| **7.** **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath and provide original picture identification. Creditors may attend, but are not required to do so. | **October 28, 2025 at 10:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Meeting will be held telephonically, Call in number: 1–888–330–1716, Passcode: 9133095#** |
| **8.** **Proof of claim deadline** | **Deadline for all creditors to file a proof of claim** (except governmental units)**: 11/13/25** **Deadline for governmental units to file a proof of claim: 3/3/26** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **9.** **Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint: 12/29/25** | |
| **10.** **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11.** **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| **12.** **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |