United States Bankruptcy Court

Southern District of Mississippi

In re:     Case No. 25-51307-KMS

DB Transport LLC     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 3

Date Rcvd: Sep 16, 2025     Form ID: 309D     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | DB Transport LLC, 3586 Sangani Blvd, Ste L 307, Diberville, MS 39540-0024 |
| aty | + | Abigail M. Marbury, Office of the U.S. Trustee, 501 E Court Street Suite 6-430, Jackson, MS 39201-5022 |
| cr | + | Keystone Equipment Finance, 433 S Main St Suite 30, West Hartford, CT 06110-2810 |
| 5560322 | + | AtoB, 1 Embarcadero Ctr, Ste 1200, San Francisco, CA 94111-3617 |
| 5560323 | + | Cadence Bank, 2910 W Jackson St, Tupelo, MS 38801-6799 |
| 5560324 | + | Donshekie Barrett, 5043 Fairbury Way, Diberville, MS 39540-1000 |
| 5560326 | | First Commerce of Amer, 155 B Ave, #300, Chapel Hill, TN 37034 |
| 5560328 | + | Keystone EFC, 433 S Main St Suite 30, West Hartford, CT 06110-1670 |
| 5560329 | + | Midland, 5403 Olympic Dr, Ste 200, Gig Harbor, WA 98335-1853 |
| 5560331 | + | PacWestern, 222 S Main St 5th Fl, Salt Lake City, UT 84101-2185 |
| 5560335 | + | Stephen B Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 5560372 | + | U.S. Attorney S.D. Mississippi, c/o U.S. Securities and Exchange Commiss, 1575 20th Avenue, 2nd Floor, Gulfport, MS 39501-2040 |
| 5560336 | + | UniSource Capital, 214 Canton Rd, Ste 1, Cumming, GA 30040-2370 |
| 5560338 | + | Wex Bank, PO Box 639, Portland, ME 04104-0639 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | Sep 16 2025 19:30:00 | Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | + | EDI: BGASANFORD | Sep 16 2025 23:28:00 | George Adam Sanford, McRaney Sanford Killebrew, PLLC, 1 Stonegate Drive, Ste B, Brandon, MS 39042-2622 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Sep 16 2025 19:31:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| cr | ^ | MEBN | Sep 16 2025 19:25:56 | First Corporate Solutions, 914 S Street, Sacramento, CA 95811-7025 |
| 5560320 | + | Email/Text: bankruptcy@amuref.com | Sep 16 2025 19:31:00 | AMUR, P.O. Box 2555, Grand Island, NE 68802-2555 |
| 5560321 | | Email/Text: bankruptcy@ascentiumcapital.com | Sep 16 2025 19:30:00 | Ascentium Capital, 23970 Hwy 59 N, Kingwood, TX 77339 |
| 5560318 | + | EDI: GMACFS.COM | Sep 16 2025 23:28:00 | Ally, P.O. Box 9001951, Louisville, KY 40290-1951 |
| 5561786 | + | EDI: AISACG.COM | Sep 16 2025 23:28:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5561840 | + | EDI: AISACG.COM | Sep 16 2025 23:28:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5560319 | + | Email/PDF: bncnotices@becket-lee.com | Sep 16 2025 19:38:39 | American Express, P.O. Box 981537, El Paso, TX |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 16, 2025 | Form ID: 309D | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 79998-1537 |
| 5560325 | + | Email/Text: legal@easternfunding.com | Sep 16 2025 19:30:00 | Eastern Funding LLC, 213 W 35th St, Ste 2W, New York, NY 10001-0217 |
| 5560327 | + | Email/Text: bankruptcy@ondeck.com | Sep 16 2025 19:31:00 | Headway, 4700 W Daybreak Pkwy, Ste 200, South Jordan, UT 84009-5133 |
| 5560369 | | EDI: IRS.COM | Sep 16 2025 23:28:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114 |
| 5560370 | | EDI: MSDOR | Sep 16 2025 23:28:00 | MS State Tax Commission, Bankruptcy Section, P.O. Box 23338, Jackson, MS 39225 |
| 5560330 | + | Email/Text: bankruptcy@ondeck.com | Sep 16 2025 19:31:00 | On Deck, 4700 W . Daybreak Pkwy, South Jordan, UT 84009-5133 |
| 5560332 | + | Email/Text: PDELINQ@sba.gov | Sep 16 2025 19:30:00 | SBA, 14925 Kingsport Rd, Fort Worth, TX 76155-2243 |
| 5560333 | + | Email/Text: ebone.woods@usdoj.gov | Sep 16 2025 19:31:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5560334 | | Email/Text: Bankruptcy@stearnsbank.com | Sep 16 2025 19:30:00 | Stearns Bank, P.O. Box 750, Albany, MN 56307-0750 |
| 5560368 | | Email/Text: atlreorg@sec.gov | Sep 16 2025 19:31:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |
| 5560337 | ^ | MEBN | Sep 16 2025 19:25:49 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5560371 | *+ | U.S. Attorney S.D. Mississippi, c/o Internal Revenue Service, 1575 20th Avenue, 2nd Floor, Gulfport, MS 39501-2040 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Sep 16, 2025 | Form ID: 309D | Total Noticed: 34 |

    on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov

George Adam Sanford

    trustee@mcraneymcraney.com MS18@ecfcbis.com

Robert A. Byrd

    rab@byrdwiser.com rbyrd@ecf.axosfs.com

Robert Alan Byrd

    on behalf of Trustee Robert A. Byrd rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr

    on behalf of Debtor In Possession DB Transport LLC trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set
**United States Bankruptcy Court Southern District of Mississippi**

## Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor | **DB Transport LLC** <br> Name | EIN | **47–2536961** |
| United States Bankruptcy Court of the Southern District of Mississippi <br> Case number: **25–51307–KMS** | | Date case filed in chapter **11** <br> Date case converted to chapter **7** | **9/4/25** <br> **9/16/25** |

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | DB Transport LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3586 Sangani Blvd <br> Ste L 307 <br> Diberville, MS 39540 | |
| 4. | **Debtor's attorney** <br> Name and address | Thomas Carl Rollins Jr <br> The Rollins Law Firm, PLLC <br> PO BOX 13767 <br> Jackson, MS 39236 | Contact phone 601–500–5533 <br> Email trollins@therollinsfirm.com |
| 5. | **Bankruptcy trustee** <br> Name and address | George Adam Sanford <br> McRaney Sanford Killebrew, PLLC <br> 1 Stonegate Drive, Ste B <br> Brandon, MS 39042 | Contact phone 601–924–5961 <br> Email trustee@mcraneymcraney.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Dan M. Russell, Jr. U.S. Courthouse <br> 2012 15th Street, Suite 244 <br> Gulfport, MS 39501 | **Office Hours:** <br> **Monday – Friday 8:00 AM – 5:00 PM** <br> **Contact phone: 228–563–1790** <br> **Date: 9/16/25** |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **November 12, 2025 at 09:00 AM** <br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Trustee: George Adam Sanford** <br> **Zoom video meeting.** <br> **Go to zoom.us/join, enter Meeting ID 829 229 1125 and Passcode 2893021594 , OR call 228–292–1399.** <br><br> **For additional meeting information go to www.justice.gov/ust/moc** |

**For more information, see page 2 >**

Official Form 309D (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set (12/15)**   page **1**

Debtor   **DB Transport LLC**                                                                                              Case number **25–51307–KMS**

| 8. **Deadlines**<br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim** (except governmental units): | **Filing deadline: 11/25/25** |
| --- | --- | --- |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/3/26** |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. | |