

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 23, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

    **DB Transport, LLC,**                                         **CASE NO. 25-51307 KMS**

    **DEBTOR(S).**

                                                                               **CHAPTER 7**

To:    Thomas Carl Rollins, Jr., Esq.
          DB Transport LLC, Debtor

<u>ORDER TO SHOW CAUSE</u>

YOU ARE HEREBY ORDERED to appear on October 16, 2025, at 9:00 a.m., in the Dan M. Russell, Jr. U.S. Courthouse, Bankruptcy Courtroom, 7th Floor, 2012 15th Street, Gulfport, Mississippi, to show cause why the above-styled case should not be dismissed for failure to file the Schedules/Statements as required pursuant to Fed. R. Bankr. P. 1007 (c) and/or 3015(b).

##END OF ORDER##