## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re:<br><br>**DB Transport LLC,**<br><br>Debtors. | Case No. 25-51307-KMS<br><br>Chapter 7 |

### NOTICE OF APPEARANCE

Timothy J. Anzenberger hereby enters his appearance on behalf of Eastern Funding LLC d/b/a Specialty Vehicle and Equipment Funding Group, requesting that he be served with a copy of all notices given or required to be given in this case and all papers served or required to be served in this case.

Dated: September 30, 2025

                 **EASTERN FUNDING LLC**
                 **D/B/A SPECIALTY VEHICLE AND**
                 **EQUIPMENT FUNDING GROUP**

           By: /s/ Timothy J. Anzenberger
              Timothy J. Anzenberger
              Miss. Bar No. 103854
              ADAMS & REESE, LLP
              1018 Highland Colony Parkway, Suite 800
              Ridgeland, MS 39157
              Telephone: 601.353.3234
              Facsimile: 601.355.9708
              tim.anzenberger@arlaw.com

### CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing through the Court's Electronic Filing System on all parties signed up to receive such notices.

Dated: September 30, 2025     /s/ Timothy J. Anzenberger
                  Timothy J. Anzenberger