IN THE UNITED STATES BANKRUPTCY COURT
IN THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:

DB TRANSPORT LLC                    CASE NO. 25-51307 KMS

### APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES

Comes now Robert Alan Byrd, the duly appointed Subchapter V Trustee in the above encaptioned cause, and files this his Application for Fees and Expenses and Expenses, and in support of same would show unto the Court the following, to-wit:

I

That Robert Alan Byrd was duly appointed as the Subchapter V Trustee in the above encaptioned estate on the 5th day of September, 2025. All services for which compensation is requested by the applicant were performed by me as the Subchapter V Trustee of the estate.

II

That to date, the Subchapter V Trustee has expended 5.0 hours representing reasonable trustee's fees in the amount of $1,625.00, at an hourly rate of $275.00, plus out of pocket expenses in the amount of $28.52, for total fees and expenses in the amount of $1,653.52, all as more fully set forth on Exhibit "A" which is attached hereto and incorporated herein by reference.

III

That the Subchapter V Trustee has not submitted any previous requests for compensation in the above encaptioned case.

WHEREFORE, premises considered, your Movant would pray that after notice and hearing that this Court enter its Order approving the requested trustee's fees and expenses in the amount of $1,653.52, and authorize the Estate to disburse same to the Subvchapter V Trustee.

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

Your Movant furthermore prays for such other and further relief as is just and proper in the premises.

Respectfully submitted,

BY: BYRD & WISER

BY: _____
ROBERT ALAN BYRD
SUBCHAPTER V TRUSTEE
MSB#7651
EMAIL: rab@byrdwiser.com

## CERTIFICATE

I, ROBERT ALAN BYRD, Subchapter V Trustee, do hereby certify that I have this day filed the foregoing via the Court's ECF system which caused a copy of same to be delivered to all counsel of record and all parties listed on the service list attached hereto.

This the 7 day of October, 2025.

_____
ROBERT ALAN BYRD

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

**BYRD & WISER**
Attorneys & Counselors at Law
P.O. Box 1939
145 Main Street
Biloxi, Ms. 39533
Telephone (228) 432-8123    Fax (228) 432-7029
Email: wrs@byrdwiser.com    http:\\www.byrdwiser.com
Fed. ID #64-0790131

Subchapter V Trustee
Robert Alan Byrd
Byrd & Wiser
PO Drawer 1939
Biloxi  MS  39533

Page: 1
09/30/2025
Account No:     3410-00046
Statement No:        80165

DB Transport LLC
Chapter 11 Subchapter V

### Fees

| Date | | | Hours | |
|---|---|---|---|---|
| 09/05/2025 | RAB | Review of Documents - Initial Firing docs. | 0.30 | 97.50 |
| | RAB | Prepare and File Notice and Entry | 0.40 | 130.00 |
| 09/08/2025 | RAB | Review of Documents | 0.50 | 162.50 |
| | RAB | Read and Review Incoming Correspondence - Tamekia - IDI | 0.10 | 32.50 |
| | RAB | Draft Motion - fee escrow | 1.00 | 325.00 |
| | RAB | Draft Order - escrow | 0.50 | 162.50 |
| 09/09/2025 | RAB | Read and Review Incoming Pleadings - cash coll./expedite | 0.30 | 97.50 |
| 09/25/2025 | RAB | Read and Review Incoming Pleadings - schedules | 0.40 | 130.00 |
| | RAB | Prep. fee app./OrderCert./Notice | 1.50 | 487.50 |
| | | For Current Services Rendered | 5.00 | 1,625.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert A. Byrd | 5.00 | $325.00 | $1,625.00 |

### Expenses

| | | | |
|---|---|---|---|
| 09/08/2025 | Postage | | 17.02 |
| 09/08/2025 | Copy Exp.: $.25/page; # of copies: 46 | | 11.50 |
| | Total Expenses | | 28.52 |
| | Total Current Work | | 1,653.52 |
| | Balance Due | | $1,653.52 |