**IN THE UNITED STATES BANKRUPTCY COURT**
**IN THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE:**

**DB TRANSPORT LLC**                  **CASE NO.  25-51307 KMS**

### ORDER

This matter having come on for consideration upon the  Application for Allowance of Fees and Expenses filed on behalf of the Subchapter V Trustee (DK#_____), and the Court being advised that due and proper notice of said Application has been sent to all parties in interest and the Court further finding that no objections have been filed to said application, it is therefore

ORDERED, ADJUDGED AND DECREED that the Application for Allowance of Fees filed by the Subchapter V Trustee be, and the same hereby is, approved.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Subchapter V Trustee is hereby awarded trustee's fees in the amount of $1,625.00, at an hourly rate of $275.00, plus out of pocket expenses in the amount of $28.52, for total fees and expenses of $1,653.52.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Estate is hereby authorized and directed to pay said allowed trustee's fees.

### ###END OF ORDER###

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029