IN THE UNITED STATES BANKRUPTCY COURT
IN THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:

DB TRANSPORT LLC                         CASE NO. 25-51307 KMS

NOTICE

TO ALL CREDITORS AND PARTIES-IN-INTEREST:

**NOTICE IS HEREBY GIVEN** that Robert Alan Byrd, the Subchapter V Trustee, in the above styled and numbered cause, has filed with this Court an Application for Allowance of Fees and Expenses in the amount of $1,653.52.

Any response to said Application must be filed via ECF if you are registered with the Electronic Case Filing system, or in the alternative by mail to the Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, no later than twenty one (21) days from the date of this Notice. A copy of any such Response shall also be served upon Robert Byrd, Subchapter V Trustee, at the address shown below.

In the absence of responses, the Court will rule on the Motion, ex parte. Copies of said Application may be obtained by written request to Robert Byrd, Subchapter V Trustee, upon payment of copying and mailing expenses. Said Motion is also on file with the United States Bankruptcy Court and is available for review by creditors.

DATED: 10/07/2025

BY: /S/ROBERT ALAN BYRD
SUBCHAPTER V TRUSTEE
MSB#7651
BYRD & WISER
PO DRAWER 1939
BILOXI, MS 39533
(228) 432-8123
EMAIL: rab@byrdwiser.com

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

## CERTIFICATE

I, ROBERT ALAN BYRD, Subchapter V Trustee, do hereby certify that on this day the foregoing paper was filed electronically with the Clerk of the Court using the Court's ECF system, which served a true and correct copy of such paper electronically on all parties enlisted to receive service electronically as of the date hereof, including the following:

**ALL PARTIES LISTED ON THE SERVICE LIST ATTACHED HERETO**

U.S. Trustee via the Court's ECF system at **USTPRegion05.JA.ECF@usdoj.gov**

This the 7th day of October, 2025.

/S/Robert Alan Byrd
ROBERT ALAN BYRD#7651

Prepared by:
Robert Alan Byrd, MSB No. 7651
BYRD & WISER
Attorneys at Law
145 Main Street -39530
P O Box 1939
Biloxi MS 39533
Tel: 228.432.8123
Fax: 228.432.7029
Email: rab@byrdwiser.com

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-6<br>Case 25-51307-KMS<br>Southern District of Mississippi<br>Gulfport-6 Divisional Office<br>Tue Oct  7 14:07:31 CDT 2025 | Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | DB Transport LLC<br>3586 Sangani Blvd<br>Ste L 307<br>Diberville, MS 39540-0024 |
| Eastern Funding LLC d/b/a Specialty Vehicle<br>c/o Timothy J. Anzenberger<br>Adams & Reese, LLP<br>1018 Highland Colony Parkway, Suite 800<br>Ridgeland, MS 39157-2057 | First Corporate Solutions<br>914 S Street<br>Sacramento, CA 95811-7025 | Keystone Equipment Finance<br>433 S Main St Suite 30<br>West Hartford, CT 06110-2810 |
| U.S. Bankruptcy Court<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501-2036 | AMUR<br>P.O. Box 2555<br>Grand Island, NE 68802-2555 | Ally<br>P.O. Box 9001951<br>Louisville, KY 40290-1951 |
| Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | American Express<br>P.O. Box 981537<br>El Paso, TX 79998-1537 | (p)ASCENTIUM CAPITAL<br>ATTN BANKRUPTCY<br>23970 US 59 NORTH<br>KINGWOOD TX 77339-1535 |
| AtoB<br>1 Embarcadero Ctr<br>Ste 1200<br>San Francisco, CA 94111-3617 | Cadence Bank<br>2910 W Jackson St<br>Tupelo, MS 38801-6799 | Donshekie Barrett<br>5043 Fairbury Way<br>Diberville, MS 39540-1000 |
| Eastern Funding LLC<br>213 W 35th St<br>Ste 2W<br>New York, NY 10001-0217 | First Commerce of Amer<br>155 B Ave, #300<br>Chapel Hill, TN 37034 | Headway<br>4700 W Daybreak Pkwy<br>Ste 200<br>South Jordan, UT 84009-5133 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Keystone EFC<br>433 S Main St Suite 30<br>West Hartford, CT 06110-1670 | (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 |
| Midland<br>5403 Olympic Dr<br>Ste 200<br>Gig Harbor, WA 98335-1853 | On Deck<br>4700 W . Daybreak Pkwy<br>South Jordan, UT 84009-5133 | PacWestern<br>222 S Main St 5th Fl<br>Salt Lake City, UT 84101-2185 |
| SBA<br>14925 Kingsport Rd<br>Fort Worth, TX 76155-2243 | SBA<br>c/o US Attorney's Offi<br>501 E Court St<br>Ste. 4.430<br>Jackson, MS 39201-5025 | (p)STEARNS BANK NATIONAL ASSOCIATION<br>ATTN LEGAL DEPARTMENT<br>4191 2ND STREET SOUTH<br>ST CLOUD MN 56301-3761 |
| Stephen B Elggren<br>PO Box 1726<br>Draper, UT 84020-1726 | Timothy J. Anzenberger<br>Adams and Reese LLP<br>For Eastern Funding LLC d/b/a Specialty<br>1018 Highland Colony Parkway, Suite 800<br>Ridgeland, MS 39157-2057 | U.S. Attorney S.D. Mississippi<br>c/o Internal Revenue Service<br>1575 20th Avenue, 2nd Floor<br>Gulfport, MS 39501-2040 |

| | | |
|---|---|---|
| U.S. Attorney S.D. Mississippi<br>c/o U.S. Securities and Exchange Commiss<br>1575 20th Avenue, 2nd Floor<br>Gulfport, MS 39501-2040 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 | US Attorney General<br>US Dept of Justice<br>950 Pennsylvania AveNW<br>Washington, DC 20530-0001 |
| UniSource Capital<br>214 Canton Rd<br>Ste 1<br>Cumming, GA 30040-2370 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | Wex Bank<br>PO Box 639<br>Portland, ME 04104-0639 |
| George Adam Sanford<br>McRaney Sanford Killebrew, PLLC<br>1 Stonegate Drive, Ste B<br>Brandon, MS 39042-2622 | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236-3767 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ascentium Capital<br>23970 Hwy 59 N<br>Kingwood, TX 77339 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | MS State Tax Commission<br>Bankruptcy Section<br>P.O. Box 23338<br>Jackson, MS 39225 |
| Stearns Bank<br>P.O. Box 750<br>Albany, MN 56307-0750 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

End of Label Matrix
Mailable recipients    37
Bypassed recipients     1
Total                  38