# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# GULFPORT DIVISION

| | |
|---|---|
| **In re:** | **CHAPTER 7** |
| **DB Transport LLC** | **CASE NO. 25-51307-KMS** |
| **Debtor** | |

## APPLICATION FOR EMPLOYMENT OF ATTORNEY

**COMES NOW**, G. Adam Sanford, Chapter 7 Trustee for the Estate of the above named Debtor and files this application for the appointment of himself as attorney for the Trustee, and in support thereof states as follows:

1. That the undersigned is a qualified practicing attorney in good standing with the Bar of the State of Mississippi, is duly licensed to practice law before the United States District Court for this District, is familiar with the bankruptcy practice in this Court as well as the Local Rules of this Court, is qualified to act in the capacity of attorney for the Trustee, and has experience in matters involving bankruptcy.

2. In the administration of the above referenced estate it will be necessary for the Trustee to employ an attorney for various duties which may include, but not be limited to, attendance at hearings, questioning of the Debtor and various witnesses, preparation of pleadings, applications and orders, determination of priority of creditors, investigation of claims and determination of the validity of liens, research of legal issues, and any other legal services which may become necessary.

3. That the undersigned represents no interest adverse to the estate, and his

employment would be in the best interest of this estate. To the best of his knowledge, he has no connections with the Debtor, Creditors, or any other Parties-in-Interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee, except that he is the Chapter 7 Trustee for this case.

4. The undersigned will accept only such compensation as this Court deems just and fair upon application being made with this Court.

5. I, the undersigned, declare under penalty of perjury that the foregoing statements are true and correct.

**WHEREFORE,** the undersigned requests that he be allowed to act as attorney for the Trustee with compensation to be fixed by the Court, after proper application therefor.

**RESPECTFULLY** submitted, this the 5th day of November, 2025

/s/G. Adam Sanford
G. ADAM SANFORD
CHAPTER 7 TRUSTEE
1 Stonegate Drive,
Suite B
Brandon, MS  39042
Telephone:  (601) 924-5961
Email: trustee@mcraneymcraney.com

## **CERTIFICATE OF SERVICE**

I, G. Adam Sanford, Chapter 7 Trustee, do hereby certify that I have this day mailed a true and correct copy of the above Application to Employ to the following:

U.S. Trustee
Via ECF at USTPRegion05.AB.ECF@usdoj.gov
Debtor's attorney via ECF

DATED: November 5, 2025

/s/G. Adam Sanford
G. ADAM SANFORD
CHAPTER 7 TRUSTEE
1 Stonegate Drive,
Suite B
Brandon, MS 39042
Telephone: (601) 924-5961
Email: trustee@mcraneymcraney.com