UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

| In re: | CHAPTER 7 |
|---|---|
| DB Transport LLC | CASE NO. 25-51307-KMS |
| Debtor | |

## AFFIDAVIT

1. I am G. Adam Sanford, an attorney licensed to practice in the State of Mississippi, Bar Number 103482.

2. I maintain an office located at 1 Stonegate Drive, Suite B, Brandon, MS 39042.

3. To the best of my knowledge, I do not represent any interest adverse to the Debtor or their Estate.

4. I have no connections with the Debtor, creditors, any other party in interest, their respective accountants and attorneys, the United States Trustee, or any person employed in the office of the United States Trustee, except that I have also been appointed to serve as the interim trustee in this case.

_/s/ G. Adam Sanford_
G. ADAM SANFORD
CHAPTER 7 TRUSTEE
1 Stonegate Drive,
Suite B
Brandon, MS 39042
Telephone: (601) 924-5961
Email: trustee@mcraneymcraney.com

SWORN TO AND SUBSCRIBED BEFORE ME, this the 2nd day of November, 2025

_/s/ Donna M. Ooton_
NOTARY PUBLIC

[Notary Seal: STATE OF MISSISSIPPI, DONNA M. OOTON, NOTARY PUBLIC, Hinds County, Commission Expires June 21, 2026, COMMISSION NUMBER 124373]