

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 6, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT DIVISION

| | |
|---|---|
| **In re:** | **CHAPTER 7** |
| **DB Transport LLC** <br> **Debtor** | **CASE NO.  25-51307-KMS** |

## ORDER APPROVING APPLICATION FOR EMPLOYMENT OF ATTORNEY

**THIS CAUSE** comes before the Court on the *Application for Employment of Attorney* (the "Application") (Dkt. # 55), filed by the chapter 7 trustee, G. Adam Sanford (the "Trustee").  The Application seeks to employ the Trustee as attorney on behalf of himself.  The Court finding no notice of the Application being necessary, it is hereby

**ORDERED, ADJUDGED and DECREED** that the Application is **APPROVED**, and the Trustee is authorized to act as attorney for the Trustee with compensation to be determined upon proper application to the Court at the appropriate time.  But counsel for the Trustee may not be compensated on an hourly basis for performing statutory duties of the Trustee. 11 U.S.C. §§ 328(b), 704; *see In re Comty Home Fin. Serv., Inc.,* 2015 WL 6511183 (Bankr. S.D. Miss. Oct. 27, 2015).

### ##END OF ORDER##

Submitted by:
G. ADAM SANFORD
CHAPTER 7 TRUSTEE
1 Stonegate Drive, Suite B
Brandon, MS  39042
Telephone:  (601) 924-5961
Email: trustee@mcraneymcraney.com