United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-51307-KMS |
| DB Transport LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Nov 05, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + DB Transport LLC, 3586 Sangani Blvd, Ste L 307, Diberville, MS 39540-0024 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 07, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| George Adam Sanford | trustee@mcraneymcraney.com  MS18@ecfcbis.com |
| George Adam Sanford | on behalf of Trustee George Adam Sanford adam@mcraneymcraney.com mcraneylaw@gmail.com;sclement.mcraneymcraney@gmail.com;McRaneyRR50474@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Debtor DB Transport LLC jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Robert Alan Byrd | on behalf of Trustee Robert A. Byrd rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |

District/off: 0538-6     User: mssbad     Page 2 of 2
Date Rcvd: Nov 05, 2025     Form ID: pdf012     Total Noticed: 1

Thomas Carl Rollins, Jr
on behalf of Debtor DB Transport LLC trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Timothy J. Anzenberger
on behalf of Creditor Eastern Funding LLC d/b/a Specialty Vehicle and Equipment Funding Group tim.anzenberger@arlaw.com amy.nichols@arlaw.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 8

SO ORDERED,



*[Signature]*

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: November 5, 2025

_____

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
IN THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:

DB TRANSPORT LLC                        CASE NO. 25-51307 KMS

### ORDER

This matter having come on for consideration upon the Application for Allowance of Fees and Expenses filed on behalf of the Subchapter V Trustee (DK#  51  ), and the Court being advised that due and proper notice of said Application has been sent to all parties in interest and the Court further finding that no objections have been filed to said application, it is therefore

ORDERED, ADJUDGED AND DECREED that the Application for Allowance of Fees filed by the Subchapter V Trustee be, and the same hereby is, approved.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Subchapter V Trustee is hereby awarded trustee's fees in the amount of $1,625.00, at an hourly rate of $275.00, plus out of pocket expenses in the amount of $28.52, for total fees and expenses of $1,653.52.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Estate is hereby authorized and directed to pay said allowed trustee's fees.

###END OF ORDER###

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029