United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                 Case No. 25-51307-KMS

DB Transport LLC                                                       Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 06, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + DB Transport LLC, 3586 Sangani Blvd, Ste L 307, Diberville, MS 39540-0024 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| George Adam Sanford | trustee@mcraneymcraney.com  MS18@ecfcbis.com |
| George Adam Sanford | on behalf of Trustee George Adam Sanford adam@mcraneymcraney.com mcraneylaw@gmail.com;sclement.mcraneymcraney@gmail.com;McRaneyRR50474@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Debtor DB Transport LLC jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Robert Alan Byrd | on behalf of Trustee Robert A. Byrd rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |

District/off: 0538-6                          User: mssbad                              Page 2 of 2
Date Rcvd: Nov 06, 2025                   Form ID: pdf012                           Total Noticed: 1

Thomas Carl Rollins, Jr
                         on behalf of Debtor DB Transport LLC trollins@therollinsfirm.com
                         jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                         nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Timothy J. Anzenberger
                         on behalf of Creditor Eastern Funding LLC d/b/a Specialty Vehicle and Equipment Funding Group tim.anzenberger@arlaw.com
                         amy.nichols@arlaw.com

United States Trustee
                         USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 8



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: November 6, 2025

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT DIVISION

| | |
|---|---|
| **In re:** | **CHAPTER 7** |
| **DB Transport LLC**<br>        **Debtor** | **CASE NO.  25-51307-KMS** |

### ORDER APPROVING APPLICATION FOR EMPLOYMENT OF ATTORNEY

**THIS CAUSE** comes before the Court on the *Application for Employment of Attorney* (the "Application") (Dkt. # 55), filed by the chapter 7 trustee, G. Adam Sanford (the "Trustee").  The Application seeks to employ the Trustee as attorney on behalf of himself.  The Court finding no notice of the Application being necessary, it is hereby

**ORDERED, ADJUDGED and DECREED** that the Application is **APPROVED**, and the Trustee is authorized to act as attorney for the Trustee with compensation to be determined upon proper application to the Court at the appropriate time.  But counsel for the Trustee may not be compensated on an hourly basis for performing statutory duties of the Trustee. 11 U.S.C. §§ 328(b), 704; *see In re Comty Home Fin. Serv., Inc.,* 2015 WL 6511183 (Bankr. S.D. Miss. Oct. 27, 2015).

### ##END OF ORDER##

Submitted by:
G. ADAM SANFORD
CHAPTER 7 TRUSTEE
1 Stonegate Drive, Suite B
Brandon, MS  39042
Telephone:  (601) 924-5961
Email: trustee@mcraneymcraney.com