# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                                          **CHAPTER 7 NO:**

**DB TRANSPORT, LLC**                                                          **25-51307-KMS**

## APPLICATION OF TRUSTEE TO EMPLOY AUCTIONEER

**COMES NOW**, G. Adam Sanford, the Chapter 7 Trustee ("Trustee") in the above styled and numbered proceeding, and files this Application for the appointment of Taylor Auction & Realty, Inc. whose services will be utilized as the auctioneer in the sale of items of this estate.

1. G. Adam Sanford, Trustee (hereinafter referred to as "Trustee") represents that in the administration of the above captioned and numbered cause and in the performance of his duties as Trustee, it will be necessary for said Trustee to employ an auctioneer to liquidate Zacklift Z353 5th Wheel, 2021 Peterbilt 579, 2021 Ford F250, 2015 Cottrell 5307 carrier trailer, 2023 Peterbilt Stinger, 2024 GMC Sierra 2500, 2019 Kenworth T680, 2021 Chevrolet 2500, 2023 Peterbilt 389, 2019 Sun County car hauler, 2019 Kenworth T680, 2024 Freightliner M-2 1065 2023 Jerr-Dan, 2015 Chevrolet Silverado, 2019 Kenworth T680, 2023 Cottrell CX-09LSFA, and 2017 Kenworth T680.

2. Applicant desires to employ Benny Taylor of Taylor Auction & Realty, Inc. ("Taylor") of Grenada, Mississippi as auctioneer for the performance of said services herein. An Affidavit supporting this statement is attached hereto as Exhibit "A."

3. Said auctioneer is fully qualified and his employment would be in the best interest of this Bankruptcy Estate.

**WHEREFORE, PREMISES CONSIDERED**, the Trustee prays that he be authorized to retain Taylor Auction & Realty, Inc. as his auctioneer.

RESPECTFULLY SUBMITTED on November 20, 2025.

**G. ADAM SANFORD, CH. 7 TRUSTEE**

**By:** _/s/ G. Adam Sanford_
G. Adam Sanford, MSB No. 103482
Attorney for Trustee

G. Adam Sanford, MSB No. 103482
McRaney Sanford Killebrew, PLLC
P.O. Drawer 1397
Clinton, MS 39060
Phone: (601) 924-5961
Fax: (601) 924-1516
adam@mcraneymcraney.com

## CERTIFICATE OF SERVICE

    I, G. Adam Sanford, Attorney for Trustee, do hereby certify that I have this date electronically transmitted via CM/ECF Noticing to all counsel of record or mailed by United States Mail, postage prepaid, a true and correct copy of the above and foregoing Trustee's Application to Employ Auctioneer to following:

    Benny Taylor
    P.O. Box 357
    Grenada, MS 38902

    **SO CERTIFIED** this November 20, 2025.


                                                */s/ G. Adam Sanford*
                                               G. Adam Sanford, MSB No. 103482

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:　　　　　　　　　　　　　　　　　　　　CHAPTER 7 NO:

DB TRANSPORT, LLC　　　　　　　　　　　　　　　　　　　　25-51307-KMS

### AFFIDAVIT OF AUCTIONEER

STATE OF MISSISSIPPI
COUNTY OF GRENADA

　　　　Personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid, BENNY TAYLOR, TAYLOR AUCTION & REALTY, INC., who by me being duly sworn, deposes on oath as follows:

　　1.　　I am over 21 years of age and am competent to make this Declaration.
　　2.　　I have personal knowledge of all facts stated in this Declaration.
　　3.　　This Declaration is filed in connection with the *Trustee's Application for Auctioneer* for the above-captioned matter.
　　4.　　To the best of my knowledge, I represent no interest adverse to said Debtor(s), Trustee, or the Estate of the Debtor in the matters upon which I am to be engaged and that I am a disinterested party, except as set out below.
　　5.　　To the best of my knowledge and belief, I do not have any connection or affiliation with the Debtor(s), Trustee, creditors, or parties in interest herein, their respective attorneys or accountants, the United States Trustee, or any person employed by the Office of the United States Trustee, except as set out below.

_____
BENNY TAYLOR,
TAYLOR AUCTION & REALTY, INC.
*PROPOSED AUCTIONEER FOR TRUSTEE*

SWORN TO AND SUBSCRIBED BEFORE ME, this the __27th__ day of October, 2025

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES

Aug. 27, 2029

★ STATE OF MISSISSIPPI ★
STEPHANIE L. WHITEHURST, NOTARY PUBLIC
GRENADA COUNTY
MY COMMISSION EXPIRES AUGUST 27, 2029
COMMISSION NUMBER 106528

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                                CHAPTER 7 NO:

DB TRANSPORT, LLC                                                               25-51307-KMS

### ORDRE APPROVING APPLICATION OF TRUSTEE TO EMPLOY AUCTIONEER

**THIS MATTER** came on for the Court's consideration on the Application of Trustee to Employ Taylor Auction & Realty, Inc. [Dkt. # ] to assist him in liquidating a Zacklift Z353 5th Wheel, 2021 Peterbilt 579, 2021 Ford F250, 2015 Cottrell 5307 carrier trailer, 2023 Peterbilt Stinger, 2024 GMC Sierra 2500, 2019 Kenworth T680, 2021 Chevrolet 2500, 2023 Peterbilt 389, 2019 Sun County car hauler, 2019 Kenworth T680, 2024 Freightliner M-2 1065 2023 Jerr-Dan, 2015 Chevrolet Silverado, 2019 Kenworth T680, 2023 Cottrell CX-09LSFA, and 2017 Kenworth T680.  The Court, having considered said Application, and otherwise being fully advised, is of the opinion that the Application should be approved.

That, said auctioneer has no connection with the debtor, or any of the creditors herein, and has no interest adverse to the Trustee or any creditors, and that this employment would be to the best interest of this estate.

**IT IS THEREFORE, ORDERED** that the Trustee be, and he is hereby authorized and directed to employ Taylor Auction & Realty, Inc., as his auctioneer in this case.

### ###END OF ORDER###

Prepared by:

G. Adam Sanford, MSB No. 103482
McRaney Sanford Killebrew, PLLC
Post Office Drawer 1397
Clinton, Mississippi 39060
Phone: (601) 924-5961
Fax: (601) 924-1516
adam@mcraneymcraney.com