

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 21, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 7 NO:** |
| **DB TRANSPORT, LLC** | **25-51307-KMS** |

### ORDRE APPROVING APPLICATION OF TRUSTEE TO EMPLOY AUCTIONEER

    **THIS MATTER** came on for the Court's consideration on the Application of Trustee to Employ Taylor Auction & Realty, Inc. [Dkt. # 61] to assist him in liquidating a Zacklift Z353 5th Wheel, 2021 Peterbilt 579, 2021 Ford F250, 2015 Cottrell 5307 carrier trailer, 2023 Peterbilt Stinger, 2024 GMC Sierra 2500, 2019 Kenworth T680, 2021 Chevrolet 2500, 2023 Peterbilt 389, 2019 Sun County car hauler, 2019 Kenworth T680, 2024 Freightliner M-2 1065 2023 Jerr-Dan, 2015 Chevrolet Silverado, 2019 Kenworth T680, 2023 Cottrell CX-09LSFA, and 2017 Kenworth T680.  The Court, having considered said Application, and otherwise being fully advised, is of the opinion that the Application should be approved.

    That, said auctioneer has no connection with the debtor, or any of the creditors herein, and has no interest adverse to the Trustee or any creditors, and that this employment would be to the best interest of this estate.

    **IT IS THEREFORE, ORDERED** that the Trustee be, and he is hereby authorized and directed to employ Taylor Auction & Realty, Inc., as his auctioneer in this case.

### ###END OF ORDER###

Prepared by:

G. Adam Sanford, MSB No. 103482
McRaney Sanford Killebrew, PLLC
Post Office Drawer 1397
Clinton, Mississippi 39060
Phone: (601) 924-5961
Fax: (601) 924-1516
adam@mcraneymcraney.com