United States Bankruptcy Court
Southern District of Mississippi

In re:  
DB Transport LLC  
    Debtor

Case No. 25-51307-KMS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2  
Date Rcvd: Nov 21, 2025      Form ID: pdf012      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DB Transport LLC, 3586 Sangani Blvd, Ste L 307, Diberville, MS 39540-0024 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| auc | + | Email/Text: benny@taylorauction.com | Nov 21 2025 19:31:00 | Taylor Auction & Realty, Inc., Benny Taylor, P O Box 357, Grenada, MS 38902-0357 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 23, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| George Adam Sanford | on behalf of Trustee George Adam Sanford adam@mcraneymcraney.com mcraneylaw@gmail.com;sclement.mcraneymcraney@gmail.com;McRaneyRR50474@notify.bestcase.com |
| George Adam Sanford | trustee@mcraneymcraney.com  MS18@ecfcbis.com |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Nov 21, 2025 | Form ID: pdf012 | Total Noticed: 2 |

Jennifer A Curry Calvillo
    on behalf of Debtor DB Transport LLC jennifer@therollinsfirm.com
    jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Robert Alan Byrd
    on behalf of Trustee Robert A. Byrd rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr
    on behalf of Debtor DB Transport LLC trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Timothy J. Anzenberger
    on behalf of Creditor Eastern Funding LLC d/b/a Specialty Vehicle and Equipment Funding Group tim.anzenberger@arlaw.com
    amy.nichols@arlaw.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 8

___



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 21, 2025**

___

The Order of the Court is set forth below. The docket reflects the date entered.

___

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 7 NO:** |
| **DB TRANSPORT, LLC** | **25-51307-KMS** |

___

### ORDRE APPROVING APPLICATION OF TRUSTEE TO EMPLOY AUCTIONEER

___

**THIS MATTER** came on for the Court's consideration on the Application of Trustee to Employ Taylor Auction & Realty, Inc. [Dkt. # 61] to assist him in liquidating a Zacklift Z353 5th Wheel, 2021 Peterbilt 579, 2021 Ford F250, 2015 Cottrell 5307 carrier trailer, 2023 Peterbilt Stinger, 2024 GMC Sierra 2500, 2019 Kenworth T680, 2021 Chevrolet 2500, 2023 Peterbilt 389, 2019 Sun County car hauler, 2019 Kenworth T680, 2024 Freightliner M-2 1065 2023 Jerr-Dan, 2015 Chevrolet Silverado, 2019 Kenworth T680, 2023 Cottrell CX-09LSFA, and 2017 Kenworth T680. The Court, having considered said Application, and otherwise being fully advised, is of the opinion that the Application should be approved.

That, said auctioneer has no connection with the debtor, or any of the creditors herein, and has no interest adverse to the Trustee or any creditors, and that this employment would be to the best interest of this estate.

**IT IS THEREFORE, ORDERED** that the Trustee be, and he is hereby authorized and directed to employ Taylor Auction & Realty, Inc., as his auctioneer in this case.

###END OF ORDER###

Prepared by:

G. Adam Sanford, MSB No. 103482
McRaney Sanford Killebrew, PLLC
Post Office Drawer 1397
Clinton, Mississippi 39060
Phone: (601) 924-5961
Fax: (601) 924-1516
adam@mcraneymcraney.com