# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

In re:

**DB TRANSPORT LLC,**

Debtor.

Case No. 25-51307-KMS

Chapter 7

## JOINT MOTION FOR ENTRY OF AGREED ORDER FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ABANDONMENT OF PROPERTY OF THE ESTATE

Eastern Funding, LLC d/b/a Specialty Vehicle and Equipment Funding Group ("Eastern Funding"), Debtor DB Transport, LLC (the "Debtor"), and the Chapter 7 Trustee (the "Trustee") file this *Joint Motion for Entry of Agreed Order for Relief from the Automatic Stay and for Abandonment of Property of the Estate* (the "Motion") under Fed. R. Bankr. P. 4001(d), requesting that this Court approve and enter the proposed Agreed Order (the "Agreed Order," attached as Exhibit A), terminating the automatic stay and abandoning collateral from the estate, as follows:

1. On January 11, 2024, Eastern Funding and the Debtor entered into a *Master Promissory Note and Security Agreement* (the "Note," attached as Exhibit B) under which Eastern Funding financed the Debtor's purchase of a 2024 Freightliner Model M-2 106 VIN No. 1FVACWFC3RHUT9955 with a Jerr-Dan 22' Carrier Serial 0220029934 (the "Collateral") for a term of 71 months with monthly payments of $2,383.00 (plus taxes and fees).

2. Under the terms of the Note, Eastern Funding took a security interest in the Collateral and perfected its interest by denoting its status as First Lien Holder on the title of the Freightliner, attached as Exhibit C.

3. The Debtor thereafter filed this bankruptcy case.

4. The filing of this bankruptcy case constituted an event of default under the Loan.

5. As of September 4, 2025, the total amount due under the Loan was:

|  |  |
|---:|:---|
| Principal: | $106,462.63 |
| Accrued Interest: | $2,794.99 |
| Late Charges: | $357.45 |
| Other Charges: | $370.00 |
| Prepayment Penalty Fee: | $4,258.50 |
| **Total:** | **$114,243.57** |

6. On information and belief, the value of the collateral is roughly $115,000.00.

7. Eastern Funding, the Debtor, and the Trustee are agreeable to termination of the automatic stay under 11 U.S.C. § 362 as to the Collateral, as well as agreeable to the abandonment of that Collateral from the estate, as set forth in the Agreed Order.

**For these reasons**, Eastern Funding, the Debtor, and the Trustee request that the Corut grant this Motion and enter the Agreed Order.

Dated: December 8, 2025

| | |
|---|---|
| **EASTERN FUNDING, LLC D/B/A SPECIALTY VEHICLE AND EQUIPMENT FUNDING GROUP** | **DB TRANSPORT LLC** |
| /s/Timothy J. Anzenberger | /s/ Thomas C. Rollins, Jr. |
| Timothy J. Anzenberger (MBN 103854) | Thomas C. Rollins, Jr. |
| ADAMS & REESE LLP | ROLLINS LAW FIRM |
| 1018 Highland Colony Parkway, Suite 800 | 40 Northtown Drive, Suite 101 |
| Ridgeland, MS 39157 | Jackson, MS 39211 |
| Telephone: 601.353.3234 | Telephone: 601.202.5296 |
| Facsimile: 601.355.9707 | Facsimile: 601.500.5296 |
| tim.anzenberger@arlaw.com | trollins@therollinsfirm.com |
| | **CHAPTER 7 TRUSTEE** |
| | /s/ G. Adam Sanford |
| | G. Adam Sanford |
| | MCRANEY SANFORD KILLEBREW, PLLC |
| | 1 Stonegate Drive, Suite B |
| | Brandon, MS 39042 |
| | Telephone: 601.924.5961 |
| | trustee@mcraneymcraney.com |

## CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing through the Court's Electronic Filing System on all parties signed up to receive such notices.

Dated: December 8, 2025          /s/ Timothy J. Anzenberger
                                                  Timothy J. Anzenberger