## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re:<br><br>**DB TRANSPORT, LLC,**<br><br>Debtor. | Case No. 25-51307-KMS<br><br>Chapter 7 |

### NOTICE

**PLEASE TAKE NOTICE** that Eastern Funding, LLC d/b/a Specialty Vehicle and Equipment Funding Group ("Eastern Funding"), Debtor DB Transport LLC (the "Debtor"), and the Chapter 7 Trustee (the "Trustee") have filed a *Joint Motion for Entry of Agreed Order for Relief from the Automatic Stay and for Abandonment of Property of the Estate* (the "Motion," Dkt. # 65) and a proposed Agreed Order (the "Agreed Order," Dkt. # 65-1). Copies of the Motion and Agreed Order are attached as unmarked, unnumbered exhibits to this Notice.

**PLEASE TAKE FURTHER NOTICE** that all creditors and parties-in-interest wishing to object to the Motion must file a written objection or other responsive pleading **within fourteen (14) days from and after the date of this Notice**, with the Clerk of the Court, Hon. Danny L. Miller, the Clerk of the U.S. Bankruptcy Court, Southern District of Mississippi, at U.S. Bankruptcy Court, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, with copies to (a) Timothy J. Anzenberger, counsel for Eastern Funding, at Adams & Reese LLP, 1018 Highland Colony Parkway, Suite 800, Ridgeland, Mississippi 39157; (b) G. Adam Sanford, Chapter 7 Trustee, at 1 Stonegate Drive, Suite B, Brandon, MS 39042; and (c) Thomas C. Rollins, counsel for Debtor, at P.O. Box 13767, Jackson, MS 39236. If you or your attorney do not file such an objection or other responsive pleading, the Court may decide that you do not

oppose the relief sought in the Motion and may enter the Agreed Order without further need for a hearing on the Motion.

Dated: December 8, 2025                     **EASTERN FUNDING LLC**
                                            **D/B/A SPECIALTY VEHICLE AND**
                                            **EQUIPMENT FUNDING GROUP**

                                     By:    /s/ Timothy J. Anzenberger
                                            Timothy J. Anzenberger
                                            Miss. Bar No. 103854
                                            ADAMS & REESE LLP
                                            1018 Highland Colony Parkway, Suite 800
                                            Ridgeland, MS 39157
                                            Telephone:    601.353.3234
                                            Facsimile:    601.355.9708
                                            tim.anzenberger@arlaw.com

## CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing through the Court's Electronic Filing System on all parties signed up to receive such notices.

Dated: December 8, 2025              /s/ Timothy J. Anzenberger
                                     Timothy J. Anzenberger