EXHIBIT A

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-6<br>Case 25-51307-KMS<br>Southern District of Mississippi<br>Gulfport-6 Divisional Office<br>Mon Dec  8 12:23:41 CST 2025 | Ally Bank<br>c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | DB Transport LLC<br>3586 Sangani Blvd<br>Ste L 307<br>Diberville, MS 39540-0024 |
| Eastern Funding LLC d/b/a Specialty Vehicle<br>c/o Timothy J. Anzenberger<br>Adams & Reese, LLP<br>1018 Highland Colony Parkway, Suite 800<br>Ridgeland, MS 39157-2057 | First Corporate Solutions<br>914 S Street<br>Sacramento, CA 95811-7025 | Keystone Equipment Finance<br>433 S Main St Suite 30<br>West Hartford, CT 06110-2810 |
| Taylor Auction & Realty, Inc.<br>Benny Taylor<br>P O Box 357<br>Grenada, MS 38902-0357 | U.S. Bankruptcy Court<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501-2036 | AMUR<br>304 W 3rd St<br>Grand Island, NE 68801-5941 |
| Ally<br>P.O. Box 9001951<br>Louisville, KY 40290-1951 | Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | American Express<br>P.O. Box 981537<br>El Paso, TX 79998-1537 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | (p)ASCENTIUM CAPITAL<br>ATTN BANKRUPTCY<br>23970 US 59 NORTH<br>KINGWOOD TX 77339-1535 | AtoB<br>1 Embarcadero Ctr<br>Ste 1200<br>San Francisco, CA 94111-3617 |
| Cadence Bank<br>2910 W Jackson St<br>Tupelo, MS 38801-6799 | Department of Treasury - Internal Revenue Se<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | Donshekie Barrett<br>5043 Fairbury Way<br>Diberville, MS 39540-1000 |
| Eastern Funding LLC<br>213 W 35th St<br>Ste 2W<br>New York, NY 10001-0217 | Eastern Funding, LLC dba Specialty Vehicle a<br>c/o Timothy J. Anzenberger<br>Adams & Reese LLP<br>1018 Highland Colony Parkway, Suite 800<br>Ridgeland, MS 39157-2057 | First Commerce LLC<br>P O Box 920<br>Lake Oswego OR 97034-0152 |
| First Commerce of Amer<br>155 B Ave, #300<br>Chapel Hill, TN 37034 | Headway<br>4700 W Daybreak Pkwy<br>Ste 200<br>South Jordan, UT 84009-5133 | (p)HEADWAY CAPITAL<br>175 W JACKSON BLVD SUITE 1000<br>CHICAGO IL 60604-2863 |
| Keystone EFC<br>433 S Main St Suite 30<br>West Hartford, CT 06110-1670 | (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 | Midland<br>5403 Olympic Dr<br>Ste 200<br>Gig Harbor, WA 98335-1853 |
| Navy Federal Credit Union Attn Bankruptcy<br>PO Box 3000<br>Merrifield VA 22119-3000 | ODK Capital LLC<br>4700 W Daybreak Pkwy., Ste 200<br>South Jordan UT 84009-5133 | On Deck<br>4700 W . Daybreak Pkwy<br>South Jordan, UT 84009-5133 |

| | | |
|---|---|---|
| PAC Western Financial LLC<br>222 S Main St 5th Floor<br>Salt Lake City, UT 84101-2185 | (p)PAWNEE LEASING CORPORATION ATTN  SANDI CAR<br>3801 AUTOMATION WAY<br>STE 207<br>FORT COLLINS CO 80525-5735 | PacWestern<br>222 S Main St 5th Fl<br>Salt Lake City, UT 84101-2185 |
| SBA<br>14925 Kingsport Rd<br>Fort Worth, TX 76155-2243 | SBA<br>c/o US Attorney's Offi<br>501 E Court St<br>Ste. 4.430<br>Jackson, MS 39201-5025 | (p)STEARNS BANK NATIONAL ASSOCIATION<br>ATTN LEGAL DEPARTMENT<br>4191 2ND STREET SOUTH<br>ST CLOUD MN 56301-3761 |
| Stephen B Elggren<br>PO Box 1726<br>Draper, UT 84020-1726 | Timothy J. Anzenberger<br>Adams and Reese LLP<br>For Eastern Funding LLC d/b/a Specialty<br>1018 Highland Colony Parkway, Suite 800<br>Ridgeland, MS 39157-2057 | U.S. Attorney S.D. Mississippi<br>c/o Internal Revenue Service<br>1575 20th Avenue, 2nd Floor<br>Gulfport, MS 39501-2040 |
| U.S. Attorney S.D. Mississippi<br>c/o U.S. Securities and Exchange Commiss<br>1575 20th Avenue, 2nd Floor<br>Gulfport, MS 39501-2040 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 | (p)U S  SMALL BUSINESS ADMINISTRATION<br>ATTN BK NOTICES<br>332 S MICHIGAN AVE SUITE 600<br>CHICAGO IL 60604-4318 |
| US Attorney General<br>US Dept of Justice<br>950 Pennsylvania AveNW<br>Washington, DC 20530-0001 | UniSource Capital<br>214 Canton Rd<br>Ste 1<br>Cumming, GA 30040-2370 | UniSource Capital<br>Cohn & Dussi, LLC<br>255 State Street Suite 7B<br>Boston MA 02109-2613 |
| United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | WEX BANK<br>1 Hancock Street<br>Portland ME 04101-4217 | Wex Bank<br>PO Box 639<br>Portland, ME 04104-0639 |
| George Adam Sanford<br>McRaney Sanford Killebrew, PLLC<br>1 Stonegate Drive, Ste B<br>Brandon, MS 39042-2622 | Jennifer A Curry Calvillo<br>The Rollins Law Firm<br>702 W. Pine St<br>Hattiesburg, MS 39401-3836 | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236-3767 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ascentium Capital<br>23970 Hwy 59 N<br>Kingwood, TX 77339 | Headway Capital LLC<br>175 West Jackson Blvd., Suite 600<br>Chicago IL 60604 | MS State Tax Commission<br>Bankruptcy Section<br>P.O. Box 23338<br>Jackson, MS 39225 |
| PAWNEE LEASING CORPORATION<br>3801 AUTOMATION WAY SUITE 201<br>FORT COLLINS CO 80525 | Stearns Bank National Association<br>P.O. Box 750<br>Albany, MN 56307-0750 | U.S. Small Business Administration<br>332 S. Michigan Avenue, Suite 600<br>Chicago, IL 60604 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)304 w 3rd St Grand Island, NE | (d)Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | End of Label Matrix<br>Mailable recipients 50<br>Bypassed recipients 2<br>Total 52 |