## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re:<br><br>**DB TRANSPORT, LLC,**<br><br>Debtor. | Case No. 25-51307-KMS<br><br>Chapter 7 |

### CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that, on December 8, 2025, Eastern Funding, LLC d/b/a Specialty Vehicle and Equipment Funding Group ("Eastern Funding") served the following documents:

- *Joint Motion for Entry of Agreed Order for Relief from the Automatic Stay and for Abandonment of Property of the Estate* (Dkt. 65) and its exhibits (Dkts. 65-1 through 65-4); and

- *14-Day Notice* (Dkt. 66) and its exhibits (Dkts. 66-1 and 66-2).

Service was provided via Notice of Electronic Filing though the Court's Electronic Filing System on all parties signed up to receive such notices, as well as via First Class U.S. mail, postage prepaid, to those listed on the Court's mailing matrix, attached as Exhibit A.

Dated: December 9, 2025

                                                **EASTERN FUNDING LLC**
                                                **D/B/A SPECIALTY VEHICLE AND**
                                                **EQUIPMENT FUNDING GROUP**

                                         By:   /s/ Timothy J. Anzenberger
                                                         Timothy J. Anzenberger
                                                         Miss. Bar No. 103854
                                                         Adams & Reese LLP
                                                         1018 Highland Colony Parkway Suite 800
                                                         Ridgeland, MS 39157
                                                         Telephone:    601.353.3234
                                                         Facsimile:     601.355.9708
                                                         tim.anzenberger@arlaw.com

## CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing through the Court's Electronic Filing System on all parties signed up to receive such notices.

Dated: December 9, 2025 /s/ Timothy J. Anzenberger
Timothy J. Anzenberger