IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:

DB TRANSPORT LLC                                             CASE NO. 25-51307 KMS

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Robert Alan Byrd, having been appointed trustee of the estate of the above named debtor(s), report I collected funds totaling: $0.00. The case was dismissed (or converted, as applicable) with no plan confirmed and no plan payments made to the trustee. Pursuant to 11 U.S.C. § 330(a) [or 28 U.S.C. 586(e)(5), as applicable], on November 5, 2025, the Court ordered compensation of $1,653.52 to be awarded to the trustee. These funds have not yet been paid by the debtor to the trustee. I hereby certify that the estate of the above named debtor(s) has been fully administered through the date of dismissal (or conversion, as applicable). I request that I be discharged from any further duties as trustee.

Date : 12/11/2025                                   By: /S/ROBERT ALAN BYRD
                                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-11(v)-NDR C