

ADAMS & REESE

US Bankruptcy Court
Southern District of Mississippi
**RECEIVED**

DEC 16 2025

Danny L. Miller, Clerk of Court
By:_____Deputy Clerk

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501-2036

39501S2036 C009

quadient
FIRST-CLASS MAIL
IMI
**$001.03** ℚ
12/08/2025 ZIP 39157
043M31251950

**US POSTAGE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re:<br><br>DB TRANSPORT, LLC,<br><br>Debtor. | Case No. 25-51307-KMS<br><br>Chapter 7 |

NOTICE

**PLEASE TAKE NOTICE** that Eastern Funding, LLC d/b/a Specialty Vehicle and Equipment Funding Group ("Eastern Funding"), Debtor DB Transport LLC (the "Debtor"), and the Chapter 7 Trustee (the "Trustee") have filed a *Joint Motion for Entry of Agreed Order for Relief from the Automatic Stay and for Abandonment of Property of the Estate* (the "Motion," Dkt. # 65) and a proposed Agreed Order (the "Agreed Order," Dkt. # 65-1). Copies of the Motion and Agreed Order are attached as unmarked, unnumbered exhibits to this Notice.

**PLEASE TAKE FURTHER NOTICE** that all creditors and parties-in-interest wishing to object to the Motion must file a written objection or other responsive pleading **within fourteen (14) days from and after the date of this Notice,** with the Clerk of the Court, Hon. Danny L. Miller, the Clerk of the U.S. Bankruptcy Court, Southern District of Mississippi, at U.S. Bankruptcy Court, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, with copies to (a) Timothy J. Anzenberger, counsel for Eastern Funding, at Adams & Reese LLP, 1018 Highland Colony Parkway, Suite 800, Ridgeland, Mississippi 39157; (b) G. Adam Sanford, Chapter 7 Trustee, at 1 Stonegate Drive, Suite B, Brandon, MS 39042; and (c) Thomas C. Rollins, counsel for Debtor, at P.O. Box 13767, Jackson, MS 39236. If you or your attorney do not file such an objection or other responsive pleading, the Court may decide that you do not

oppose the relief sought in the Motion and may enter the Agreed Order without further need for a hearing on the Motion.

Dated: December 8, 2025

**EASTERN FUNDING LLC D/B/A SPECIALTY VEHICLE AND EQUIPMENT FUNDING GROUP**

By: /s/ Timothy J. Anzenberger

Timothy J. Anzenberger
Miss. Bar No. 103854
ADAMS & REESE LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157
Telephone: 601.353.3234
Facsimile: 601.355.9708
tim.anzenberger@arlaw.com

CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing through the Court's Electronic Filing System on all parties signed up to receive such notices.

Dated: December 8, 2025 /s/ Timothy J. Anzenberger
Timothy J. Anzenberger

EXHIBIT A

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-6<br>Case 25-51307-KMS<br>Southern District of Mississippi<br>Gulfport-6 Divisional Office<br>Mon Dec 8 12:23:41 CST 2025 | Ally Bank<br>c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | DB Transport LLC<br>3586 Sangani Blvd<br>Ste L 307<br>Diberville, MS 39540-0024 |
| Eastern Funding LLC d/b/a Specialty Vehicle<br>c/o Timothy J. Anzenberger<br>Adams & Reese, LLP<br>1018 Highland Colony Parkway, Suite 800<br>Ridgeland, MS 39157-2057 | First Corporate Solutions<br>914 S Street<br>Sacramento, CA 95811-7025 | Keystone Equipment Finance<br>433 S Main St Suite 30<br>West Hartford, CT 06110-2810 |
| Taylor Auction & Realty, Inc.<br>Benny Taylor<br>P O Box 357<br>Grenada, MS 38902-0357 | U.S. Bankruptcy Court<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501-2036 | AMUR<br>304 W 3rd St<br>Grand Island, NE 68801-5941 |
| Ally<br>P.O. Box 9001951<br>Louisville, KY 40290-1951 | Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | American Express<br>P.O. Box 981537<br>El Paso, TX 79998-1537 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | (p)ASCENTIUM CAPITAL<br>ATTN BANKRUPTCY<br>23970 US 59 NORTH<br>KINGWOOD TX 77339-1535 | AteB<br>1 Embarcadero Ctr<br>Ste 1200<br>San Francisco, CA 94111-3617 |
| Cadence Bank<br>2910 W Jackson St<br>Tupelo, MS 38801-6799 | Department of Treasury - Internal Revenue Se<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | Donshekie Barrett<br>5943 Fairbury Way<br>Diberville, MS 39540-1000 |
| Eastern Funding LLC<br>213 W 35th St<br>Ste 2W<br>New York, NY 10001-0217 | Eastern Funding, LLC dba Specialty Vehicle a<br>c/o Timothy J. Anzenberger<br>Adams & Reese LLP<br>1018 Highland Colony Parkway, Suite 800<br>Ridgeland, MS 39157-2057 | First Commerce LLC<br>P O Box 920<br>Lake Oswego OR 97034-0152 |
| First Commerce of Amer<br>155 B Ave, #300<br>Chapel Hill, TN 37034 | Headway<br>4700 W Daybreak Pkwy<br>Ste 200<br>South Jordan, UT 84009-5133 | (p)HEADWAY CAPITAL<br>175 W JACKSON BLVD SUITE 1000<br>CHICAGO IL 60604-2863 |
| Keystone EFC<br>433 S Main St Suite 30<br>West Hartford, CT 06110-1670 | (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 | Midland<br>5403 Olympic Dr<br>Ste 200<br>Gig Harbor, WA 98335-1853 |
| Navy Federal Credit Union Attn Bankruptcy<br>PO Box 3000<br>Merrifield VA 22119-3000 | ODK Capital LLC<br>4700 W Daybreak Pkwy., Ste 200<br>South Jordan UT 84009-5133 | On Deck<br>4700 W . Daybreak Pkwy<br>South Jordan, UT 84009-5133 |

| | | |
|---|---|---|
| PAC Western Financial LLC<br>222 S Main St 5th Floor<br>Salt Lake City, UT 84101-2185 | (p)PAWNEE LEASING CORPORATION ATTN SANDI CAR<br>3801 AUTOMATION WAY<br>STE 207<br>FORT COLLINS CO 80525-5735 | PacWestern<br>222 S Main St 5th Fl<br>Salt Lake City, UT 84101-2185 |
| SBA<br>14925 Kingsport Rd<br>Fort Worth, TX 76155-2243 | SBA<br>c/o US Attorney's Offi<br>501 E Court St<br>Ste. 4.430<br>Jackson, MS 39201-5025 | (p)STEARNS BANK NATIONAL ASSOCIATION<br>ATTN LEGAL DEPARTMENT<br>4191 2ND STREET SOUTH<br>ST CLOUD MN 56301-3761 |
| Stephen B Elggren<br>PO Box 1726<br>Draper, UT 84020-1726 | Timothy J. Anzenberger<br>Adams and Reese LLP<br>For Eastern Funding LLC d/b/a Specialty<br>1018 Highland Colony Parkway, Suite 800<br>Ridgeland, MS 39157-2057 | U.S. Attorney S.D. Mississippi<br>c/o Internal Revenue Service<br>1575 20th Avenue, 2nd Floor<br>Gulfport, MS 39501-2040 |
| U.S. Attorney S.D. Mississippi<br>c/o U.S. Securities and Exchange Commiss<br>1575 20th Avenue, 2nd Floor<br>Gulfport, MS 39501-2040 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 | (p)U S SMALL BUSINESS ADMINISTRATION<br>ATTN BK NOTICES<br>332 S MICHIGAN AVE SUITE 600<br>CHICAGO IL 60604-4318 |
| US Attorney General<br>US Dept of Justice<br>950 Pennsylvania AveNW<br>Washington, DC 20530-0001 | UniSource Capital<br>214 Canton Rd<br>Ste 1<br>Cumming, GA 30040-2370 | UniSource Capital<br>Cohn & Dussi, LLC<br>255 State Street Suite 7B<br>Boston MA 02109-2613 |
| United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | WEX BANK<br>1 Hancock Street<br>Portland ME 04101-4217 | Wex Bank<br>PO Box 639<br>Portland, ME 04104-0639 |
| George Adam Sanford<br>McRaney Sanford Killebrew, PLLC<br>1 Stonegate Drive, Ste B<br>Brandon, MS 39042-2622 | Jennifer A Curry Calvillo<br>The Rollins Law Firm<br>702 W. Pine St<br>Hattiesburg, MS 39401-3836 | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236-3767 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ascentium Capital<br>23970 Hwy 59 N<br>Kingwood, TX 77339 | Headway Capital LLC<br>175 West Jackson Blvd., Suite 600<br>Chicago IL 60604 | MS State Tax Commission<br>Bankruptcy Section<br>P.O. Box 23338<br>Jackson, MS 39225 |
| PAWNEE LEASING CORPORATION<br>3801 AUTOMATION WAY SUITE 201<br>FORT COLLINS CO 80525 | Stearns Bank National Association<br>P.O. Box 750<br>Albany, MN 56307-0750 | U.S. Small Business Administration<br>332 S. Michigan Avenue, Suite 600<br>Chicago, IL 60604 |

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| In re: | |
|---|---|
| **DB TRANSPORT LLC,** | Case No. 25-51307-KMS |
| Debtor. | Chapter 7 |

**AGREED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND ABANDONING PROPERTY OF THE ESTATE**

This matter came before the Court on the *Joint Motion for Entry of Agreed Order for Relief from the Automatic Stay and for the Abandonment of Property of the Estate* (the "Motion," Dkt. # 65), filed by Eastern Funding, LLC d/b/a Specialty Vehicle and Equipment Funding Group ("Eastern Funding"), Debtor DB Transport, LLC (the "Debtor"), and the Chapter 7 Trustee (the "Trustee"), requesting that the Court enter this Agreed Order under Fed. R. Bankr. P. 4001(d). The Court, being advised that Eastern Funding, the Debtor, and the Trustee agree to the relief set forth below, and being further advised that there have been no objections to entry of this Agreed Order by the objection deadline, finds the Motion well taken and should be granted as set forth below:

**IT IS THEREFORE ORDERED** that the Motion is granted.

---

**IT IS FURTHER ORDERED** that the automatic stay of 11 U.S.C. §362 is hereby lifted, terminated, and annulled with respect to the Collateral, as that term is defined in the Motion, and that the Collateral is hereby abandoned from the estate.

**IT IS FURTHER ORDERED** that (i) the relief set forth herein shall be applicable to any later case filed by or against the Debtor under the Bankruptcy Code or upon the conversion of this case to any other chapter of the Bankruptcy Code; (ii) the Motion is deemed to have been sufficient to afford reasonable notice of the relief requested herein and opportunity to be heard on same; (iii) this Agreed Order shall immediately become final and effective upon entry; (iv) the fourteen day stay of execution under Fed. R. Bankr. P. 4001(a)(3) is hereby waived; and (v) this Agreed Order constitutes a final judgment as contemplated by the Federal Rules of Bankruptcy Procedure.

**##END OF ORDER##**

| PREPARED, AGREED TO, AND SUBMITTED BY: | AGREED TO BY: |
|---|---|
| /s/ Timothy J. Anzenberger | /s/ Thomas C. Rollins, Jr. |
| Timothy J. Anzenberger (MSB# 103854) | Thomas C. Rollins, Jr. |
| ADAMS & REESE LLP | ROLLINS LAW FIRM |
| 1018 Highland Colony Parkway, Suite 800 | 40 Northtown Drive, Suite 101 |
| Ridgeland, MS 39157 | Jackson, MS 39211 |
| Telephone: 601.353.3234 | Telephone: 601.202.5296 |
| Facsimile:   601.355.9707 | Facsimile:   601.500.5296 |
| tim_anzenberger@arlaw.com | trollins@therollinsfirm.com |
| *Counsel to Eastern Funding, LLC d/b/a* | *Counsel to DB Transport LLC* |
| *Specialty Vehicle and Equipment* | |
| *Funding Group* | /s/ G. Adam Sanford |
| | G. Adam Sanford |
| | McRANEY SANFORD KILLEBREW, PLLC |
| | 1 Stonegate Drive, Suite B |
| | Brandon, MS 39042 |
| | Telephone: 601.924.3961 |
| | trustee@mcraneymcraney.com |
| | *Counsel to Chapter 7 Trustee* |

---

DocuSign Envelope ID: F31B8B1C-CA1D-4D85-8B75-DDC61DCCB9A

EXHIBIT B

This is a copy view of the Authoritative Copy held by the designated custodian.

| Cover Sheet |
|---|
| **Electronic Transmission of Loan Documents** |

Date:   January 11, 2024

Authorized by:   x _Donshekie Fredrick Barrett_
                          signature of Donshekie Fredrick Barrett

From:   DB Transport LLC
            5043 Fairbury Way, D'Iberville MS 39540

Send To:   Eastern Funding LLC d/b/a
            **Specialty Vehicle and Equipment Funding Group**

            by EITHER   Email to documentqueue@specialtyvehiclefunding.com
            OR   Fax to 6317532097

Re:   Loan # ████4001

COPY VIEW

EXHIBIT C

## CERTIFICATE OF TITLE

### STATE OF MISSISSIPPI — ORIGINAL

Form # 78431

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1FVXCWFC9RHT3955 | FRHT | 2024 | X2 | 8X | M50742364480 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 08/01/2024 | 07/12/2024 | 6 | NEW | TU | 10000 ACTUAL |

OWNER(S)
DR TRANSPORT LLC
6043 FAIRBURY WAY
DIBERVILLE MS 39540-1000

BENEFICIARY

1ST LIENHOLDER
EASTERN FUNDING LLC
175 BROADHOLLOW RD
MELVILLE NY 11747-4911

2ND LIENHOLDER

☐ Fully Autonomous Vehicle    DATE: 01/10/2024

DATE:

BRANDS

MAIL TO
EASTERN FUNDING LLC
175 BROADHOLLOW RD
MELVILLE NY 11747-4911

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN ON THE MOTOR VEHICLE DESCRIBED HEREIN HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
THIS _____ DAY OF _____ 20__

2ND LIEN _____ BY _____
THIS _____ DAY OF _____ 20__

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS
THE 1ST DAY OF AUGUST 20 24

MISSISSIPPI DEPARTMENT OF REVENUE

CONTROL NUMBER
O 0567831AO

---

***NOTICE: ANY ALTERATION OR ERASURE VOIDS THE ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW***

### ASSIGNMENT OF TITLE BY REGISTERED OWNER

Name _____ Address _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.
CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

ODOMETER READING (No Tenths)

SELLER:
Signature(s) _____ Printed Name(s) _____ Date of Sale _____
"I am aware of the above odometer certification made by seller"

BUYER:
Signature(s) _____ Printed Name(s) _____

### FIRST RE-ASSIGNMENT BY LICENSED DEALER

Name _____ Address _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.
CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

ODOMETER READING (No Tenths)

DEALER OR AGENT:
Signature(s) _____ Printed Firm Name _____ Date of Sale _____

BUYER:
Signature(s) _____ Printed Name(s) _____

### SECOND RE-ASSIGNMENT BY LICENSED DEALER

Name _____ Address _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.
CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

ODOMETER READING (No Tenths)

DEALER OR AGENT:
Signature(s) _____ Printed Firm Name _____ Date of Sale _____

BUYER:
Signature(s) _____ Printed Name(s) _____
"I am aware of the above odometer certification made by seller"

### THIRD RE-ASSIGNMENT BY LICENSED DEALER

Name _____ Address _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.
CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

ODOMETER READING (No Tenths)

DEALER OR AGENT:
Signature(s) _____ Printed Firm Name _____ Date of Sale _____

BUYER:
Signature(s) _____ Printed Name(s) _____
"I am aware of the above odometer certification made by seller"

### LIENHOLDER TO BE SHOWN ON NEW TITLE

Lien in favor of _____

whose address is _____