**United States Bankruptcy Court**
**Southern District of Mississippi**

In re  **DB Transport LLC**                                                     Case No.  **25-51307**
                              Debtor(s)                                          Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **December 23, 2025**          **/s/ Donshekie Barrett**
                                       **Donshekie Barrett**/**Member**
                                       Signer/Title

```
DB TRANSPORT LLC              EASTERN FUNDING LLC           SBA***
3586 SANGANI BLVD             213 W 35TH ST                 801 TOM MARTIN DR
STE L 307                     STE 2W                        STE 210
DIBERVILLE, MS 39540          NEW YORK, NY 10001            BIRMINGHAM, AL 35211

THOMAS C. ROLLINS, JR.        FIRST COMMERCE OF AMER        SBA***
THE ROLLINS LAW FIRM, PLLC    155 B AVE, #300               C/O US ATTORNEY'S OFFI
P.O. BOX 13767                CHAPEL HILL, TN 37034         501 E COURT ST
JACKSON, MS 39236                                           STE. 4.430
                                                            JACKSON, MS 39201

ALLY                          HEADWAY                       STEARNS BANK
P.O. BOX 9001951              4700 W DAYBREAK PKWY          P.O. BOX 750
LOUISVILLE, KY 40290          STE 200                       ALBANY, MN 56307-0750
                              SOUTH JORDAN, UT 84009

AMERICAN EXPRESS              KEYSTONE EFC                  STEPHEN B ELGGREN
P.O. BOX 981537               433 S MAIN ST SUITE 30        PO BOX 1726
EL PASO, TX 79998             WEST HARTFORD, CT 06110       DRAPER, UT 84020

AMUR                          MIDLAND                       UNISOURCE CAPITAL
P.O. BOX 2555                 5403 OLYMPIC DR               214 CANTON RD
GRAND ISLAND, NE 68801        STE 200                       STE 1
                              GIG HARBOR, WA 98335          CUMMING, GA 30040

ASCENTIUM CAPITAL             ON DECK                       US ATTORNEY GENERAL
23970 HWY 59 N                4700 W . DAYBREAK PKWY        US DEPT OF JUSTICE
KINGWOOD, TX 77339            SOUTH JORDAN, UT 84009        950 PENNSYLVANIA AVENW
                                                            WASHINGTON, DC 20530-0001

ATOB                          PACWESTERN                    US ATTORNEY GENERAL***
1 EMBARCADERO CTR             222 S MAIN ST 5TH FL          US DEPT OF JUSTICE
STE 1200                      SALT LAKE CITY, UT 84101      950 PENNSYLVANIA AVENW
SAN FRANCISCO, CA 94111                                     WASHINGTON, DC 20530-0001

CADENCE BANK                  SBA                           WEX BANK
2910 W JACKSON ST             14925 KINGSPORT RD            PO BOX 639
TUPELO, MS 38801              FORT WORTH, TX 76155          PORTLAND, ME 04104

DONSHEKIE BARRETT             SBA
5043 FAIRBURY WAY             C/O US ATTORNEY'S OFFI
DIBERVILLE, MS 39540          501 E COURT ST
                              STE. 4.430
                              JACKSON, MS 39201
```