

**SO ORDERED,**

*Judge Katharine M. Samson*
United States Bankruptcy Judge
Date Signed: January 7, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

In re:

**DB TRANSPORT LLC,**

Debtor.

Case No. 25-51307-KMS

Chapter 7

### AGREED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND ABANDONING PROPERTY OF THE ESTATE

This matter came before the Court on the *Joint Motion for Entry of Agreed Order for Relief from the Automatic Stay and for the Abandonment of Property of the Estate* (the "Motion," Dkt. # 65), filed by Eastern Funding, LLC d/b/a Specialty Vehicle and Equipment Funding Group ("Eastern Funding"), Debtor DB Transport, LLC (the "Debtor"), and the Chapter 7 Trustee (the "Trustee"), requesting that the Court enter this Agreed Order under Fed. R. Bankr. P. 4001(d). The Court, being advised that Eastern Funding, the Debtor, and the Trustee agree to the relief set forth below, and being further advised that there have been no objections to entry of this Agreed Order by the objection deadline, finds the Motion well taken and should be granted as set forth below:

**IT IS THEREFORE ORDERED** that the Motion is granted.

**IT IS FURTHER ORDERED** that the automatic stay of 11 U.S.C. § 362 is hereby lifted, terminated, and annulled with respect to the Collateral, as that term is defined in the Motion, and that the Collateral is hereby abandoned from the estate.

**IT IS FURTHER ORDERED** that (i) the relief set forth herein shall be applicable to any later case filed by or against the Debtor under the Bankruptcy Code or upon the conversion of this case to any other chapter of the Bankruptcy Code; (ii) the Motion is deemed to have been sufficient to afford reasonable notice of the relief requested herein and opportunity to be heard on same; (iii) this Agreed Order shall immediately become final and effective upon entry; (iv) the fourteen day stay of execution under Fed. R. Bankr. P. 4001(a)(3) is hereby waived; and (v) this Agreed Order constitutes a final judgment as contemplated by the Federal Rules of Bankruptcy Procedure.

##END OF ORDER##

**PREPARED, AGREED TO, AND SUBMITTED BY:**

/s/Timothy J. Anzenberger
Timothy J. Anzenberger (MSB# 103854)
ADAMS & REESE LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157
Telephone: 601.353.3234
Facsimile:  601.355.9707
tim.anzenberger@arlaw.com
*Counsel to Eastern Funding, LLC d/b/a Specialty Vehicle and Equipment Funding Group*

**AGREED TO BY:**

/s/ Thomas C. Rollings, Jr.
Thomas C. Rollins, Jr.
ROLLINS LAW FIRM
40 Northtown Drive, Suite 101
Jackson, MS 39211
Telephone: 601.202.5296
Facsimile:  601.500.5296
trollins@therollinsfirm.com
*Counsel to DB Transport LLC*

/s/ G. Adam Sanford
G. Adam Sanford
MCRANEY SANFORD KILLEBREW, PLLC
1 Stonegate Drive, Suite B
Brandon, MS 39042
Telephone: 601.924.5961
trustee@mcraneymcraney.com
*Counsel to Chapter 7 Trustee*