United States Bankruptcy Court
Southern District of Mississippi

In re:                                            Case No. 25-51307-KMS
DB Transport LLC                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                              User: mssbad                              Page 1 of 2
Date Rcvd: Jan 07, 2026                      Form ID: pdf012                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

**Recip ID**              **Recipient Name and Address**
db                    + DB Transport LLC, 3586 Sangani Blvd, Ste L 307, Diberville, MS 39540-0024

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2026                           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| George Adam Sanford | trustee@mcraneymcraney.com  MS18@ecfcbis.com |
| George Adam Sanford | on behalf of Trustee George Adam Sanford adam@mcraneymcraney.com mcraneylaw@gmail.com;sclement.mcraneymcraney@gmail.com;McRaneyRR50474@notify.bestcase.com;mcraney-sanford-killebrew-pllc@events.glade.ai |
| Jennifer A Curry Calvillo | on behalf of Debtor DB Transport LLC jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Robert A. Byrd | on behalf of Trustee Robert A. Byrd rab@byrdwiser.com  rbyrd@ecf.axosfs.com |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jan 07, 2026 | Form ID: pdf012 | Total Noticed: 1 |

Robert Alan Byrd
    on behalf of Trustee Robert A. Byrd rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr
    on behalf of Debtor DB Transport LLC trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Timothy J. Anzenberger
    on behalf of Creditor Eastern Funding LLC d/b/a Specialty Vehicle and Equipment Funding Group tim.anzenberger@arlaw.com amy.nichols@arlaw.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 9

_____

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 7, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re:<br><br>**DB TRANSPORT LLC,**<br><br>Debtor. | Case No. 25-51307-KMS<br><br>Chapter 7 |

## AGREED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND ABANDONING PROPERTY OF THE ESTATE

This matter came before the Court on the *Joint Motion for Entry of Agreed Order for Relief from the Automatic Stay and for the Abandonment of Property of the Estate* (the "Motion," Dkt. # 65), filed by Eastern Funding, LLC d/b/a Specialty Vehicle and Equipment Funding Group ("Eastern Funding"), Debtor DB Transport, LLC (the "Debtor"), and the Chapter 7 Trustee (the "Trustee"), requesting that the Court enter this Agreed Order under Fed. R. Bankr. P. 4001(d). The Court, being advised that Eastern Funding, the Debtor, and the Trustee agree to the relief set forth below, and being further advised that there have been no objections to entry of this Agreed Order by the objection deadline, finds the Motion well taken and should be granted as set forth below:

**IT IS THEREFORE ORDERED** that the Motion is granted.

**IT IS FURTHER ORDERED** that the automatic stay of 11 U.S.C. § 362 is hereby lifted, terminated, and annulled with respect to the Collateral, as that term is defined in the Motion, and that the Collateral is hereby abandoned from the estate.

**IT IS FURTHER ORDERED** that (i) the relief set forth herein shall be applicable to any later case filed by or against the Debtor under the Bankruptcy Code or upon the conversion of this case to any other chapter of the Bankruptcy Code; (ii) the Motion is deemed to have been sufficient to afford reasonable notice of the relief requested herein and opportunity to be heard on same; (iii) this Agreed Order shall immediately become final and effective upon entry; (iv) the fourteen day stay of execution under Fed. R. Bankr. P. 4001(a)(3) is hereby waived; and (v) this Agreed Order constitutes a final judgment as contemplated by the Federal Rules of Bankruptcy Procedure.

##END OF ORDER##

**PREPARED, AGREED TO, AND SUBMITTED BY:**

/s/Timothy J. Anzenberger
Timothy J. Anzenberger (MSB# 103854)
ADAMS & REESE LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157
Telephone: 601.353.3234
Facsimile:  601.355.9707
tim.anzenberger@arlaw.com
*Counsel to Eastern Funding, LLC d/b/a Specialty Vehicle and Equipment Funding Group*

**AGREED TO BY:**

/s/ Thomas C. Rollings, Jr.
Thomas C. Rollins, Jr.
ROLLINS LAW FIRM
40 Northtown Drive, Suite 101
Jackson, MS 39211
Telephone: 601.202.5296
Facsimile:  601.500.5296
trollins@therollinsfirm.com
*Counsel to DB Transport LLC*

/s/ G. Adam Sanford
G. Adam Sanford
MCRANEY SANFORD KILLEBREW, PLLC
1 Stonegate Drive, Suite B
Brandon, MS 39042
Telephone: 601.924.5961
trustee@mcraneymcraney.com
*Counsel to Chapter 7 Trustee*

2