**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
DB Transport LLC,                                                                         **CHAPTER 7**
    Debtor                                                                **CASE NO.: 25-51307-KMS**

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO ABANDON**
**PROPERTY AGAINST THE DEBTOR AND OTHER RELIEF**

**COMES NOW**, Axis Title, LLC ("Movant") a secured creditor herein, and moves for relief from the automatic stay, for abandonment and for other relief, and in support would show unto the Court the following:

1. Movant holds two claims against the Debtor which are secured by the following:

  A. a 2015 Chevrolet Silverado, VIN 1GB2CUEG4FZ120308 (the "Chevrolet"), copies of its contract and State of Mississippi Certificate of Title are attached hereto as composite Exhibits "A"; and

  B. a Kenworth T680 Tractor, VIN 1XKYD49X3KJ244662 (the "Kenworth"), copies of its contract and State of Tennessee Certificate of Title are attached hereto as composite Exhibits "B".

2. Upon information and belief, payoff on the Chevrolet is $15,534.16 at 25.95% including arrears of $10,953.98 (due for April 2025 – January 2026. 10 payments of $1,022.52 each and fees of $728.78), and the value is approximately $14,400.00.

3. Upon information and belief, payoff on the Kenworth is $46,482.47 at 14.49% including arrears of $14,249.03 (due for July 2025 – January 2026. 7 payments of $1,823.77 each and fees of $1482.64), and the value is approximately $34,650.00.

4. Furthermore, upon information and belief, Debtor received an insurance check in the amount of $28,247.62 for repairs to the Kenworth which may have not been completed.

Movant is entitled to application of the insurance proceeds therefrom to its claim against Debtor, and to apply all insurance proceeds to the payoff of the Kenworth.

5. Movant has not been provided adequate protection with respect to its claims secured by the Chevrolet and the Kenworth.

6. Upon information and belief, Debtor intends to voluntarily surrender the Chevrolet and the Kenworth.

7. Good and sufficient cause exists to lift, terminate and annul the automatic stay of 11 U.S.C. § 362, and for the Chevrolet and the Kenworth to be abandoned.

8. Movant requests that the 14-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(3) be waived and that the order granting this Motion be effective immediately upon entry. Good cause exists for this waiver due to Debtor abandoning and surrendering the Property, continued accrual of an increasing debt arrearage and ongoing violation of Movant's contractual rights.

**WHEREFORE**, Movant requests an order for relief from the automatic stay and to abandon property pursuant to 11 U.S.C. §§ 362 and 554, to terminate any other restraint against Movant exercising its rights as to its collateral and authorize Movant to take possession, sell, lease, or otherwise dispose of the Property, to waive the 14-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(3), and allowing application of the insurance proceeds to its claim against Debtor as stated herein. Movant prays for such other and general relief as this Court may deem just.

Respectfully submitted,

UNDERWOOD LAW FIRM, PLLC

/s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
UNDERWOOD LAW FIRM, PLLC
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1874
Madison, Mississippi  39130
Tel: (601) 981-7773
Fax: (601) 362-5673
cbarbour@underwoodlawfirm.com

## CERTIFICATE OF SERVICE

I, Charles Frank Fair Barbour, do hereby certify this day that I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Jennifer A Curry Calvillo at jennifer@therollinsfirm.com

George Adam Sanford at trustee@mcraneymcraney.com

US Trustee at USTPRegion05.AB.ECF@usdoj.gov

And I mailed via US Mail, postage prepaid, a copy to the following:

DB Transport LLC
3586 Sangani Blvd, Ste L 307
D'Iberville, MS 39540

/s/ Charles Frank Fair Barbour