**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
DB Transport LLC,                                                                              **CHAPTER 7**
    Debtor                                                                **CASE NO.: 25-51307-KMS**

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Axis Title, LLC, a party to a contested matter Miss. Bankr. L.R. 9014(c) makes the following disclosures:

Axis Title, LLC does not have any entity owning 10% or more of its equity interests.

    Respectfully submitted,

    UNDERWOOD LAW FIRM, PLLC

    /s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
UNDERWOOD LAW FIRM, PLLC
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1874
Madison, Mississippi  39130
Tel: (601) 981-7773
Fax: (601) 362-5673
cbarbour@underwoodlawfirm.com