United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-51307-KMS
DB Transport LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Jan 13, 2026      Form ID: hn005kms      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DB Transport LLC, 3586 Sangani Blvd, Ste L 307, Diberville, MS 39540-0024 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Charles Frank Fair Barbour | on behalf of Creditor Axis Title LLC cbarbour@underwoodlawfirm.com, bankruptcies@underwoodlawfirm.com |
| George Adam Sanford | on behalf of Trustee George Adam Sanford adam@mcraneymcraney.com mcraneylaw@gmail.com;sclement.mcraneymcraney@gmail.com;McRaneyRR50474@notify.bestcase.com;mcraney-sanford-killebrew-pllc@events.glade.ai |
| George Adam Sanford | trustee@mcraneymcraney.com MS18@ecfcbis.com |
| Jennifer A Curry Calvillo | on behalf of Debtor DB Transport LLC jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |


| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 13, 2026 | Form ID: hn005kms | Total Noticed: 1 |

Robert A. Byrd
    on behalf of Trustee Robert A. Byrd rab@byrdwiser.com  rbyrd@ecf.axosfs.com

Robert Alan Byrd
    on behalf of Trustee Robert A. Byrd rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr
    on behalf of Debtor DB Transport LLC trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Timothy J. Anzenberger
    on behalf of Creditor Eastern Funding LLC d/b/a Specialty Vehicle and Equipment Funding Group tim.anzenberger@arlaw.com amy.nichols@arlaw.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 10

Form hn005kms (Rev. 10/18)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    **DB Transport LLC**

                **CASE NO. 25−51307−KMS**

    **DEBTOR.**                   **CHAPTER 7**

**NOTICE OF HEARING AND DEADLINES**

    Axis Title, LLC has filed a Motion for Relief from the Automatic Stay, to Abandon Property Against the Debtor and Other Relief (the "Motion") (Dkt. # 77) with the Court in the above−styled case.

    **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)

    The Court will hold a combined and final hearing on February 12, 2026, at 09:00 AM in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Gulfport, Mississippi, to consider and act upon the Motion.

    If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before February 5, 2026 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS, 39501. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the Court.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the hearing date.

Dated: 1/13/26

                                                  Danny L. Miller, Clerk of Court
                                                  U.S. Bankruptcy Court
                                                  Dan M. Russell, Jr. U.S. Courthouse
                                                  2012 15th Street, Suite 244
                                                  Gulfport, MS 39501
                                                  228−563−1790

Courtroom Deputy
228−563−1797 (use to advise of settlement)
228−563−1841

<u>Parties Noticed</u>:

DB Transport, LLC, Debtor

Jennifer A. Curry Calvillo, Esq.

Thomas Carl Rollins, Jr., Esq.

George Adam Sanford, Trustee

Office of the US Trustee

Charles Frank Fair Barbour, Esq.