United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                                      Case No. 25-51307-KMS

DB Transport LLC                                                                                 Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                                 User: mssbad                                                        Page 1 of 2

Date Rcvd: Feb 05, 2026                          Form ID: pdf012                                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + DB Transport LLC, 3586 Sangani Blvd, Ste L 307, Diberville, MS 39540-0024 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2026                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Charles Frank Fair Barbour | on behalf of Creditor Axis Title  LLC cbarbour@underwoodlawfirm.com, bankruptcies@underwoodlawfirm.com |
| George Adam Sanford | on behalf of Trustee George Adam Sanford adam@mcraneymcraney.com mcraneylaw@gmail.com;sclement.mcraneymcraney@gmail.com;McRaneyRR50474@notify.bestcase.com;mcraney-sanford-killebrew-pllc@events.glade.ai |
| George Adam Sanford | trustee@mcraneymcraney.com  MS18@ecfcbis.com |
| Jennifer A Curry Calvillo | on behalf of Debtor DB Transport LLC jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |

District/off: 0538-6          User: mssbad          Page 2 of 2

Date Rcvd: Feb 05, 2026          Form ID: pdf012          Total Noticed: 1

Robert A. Byrd
> on behalf of Trustee Robert A. Byrd rab@byrdwiser.com  rbyrd@ecf.axosfs.com

Robert Alan Byrd
> on behalf of Trustee Robert A. Byrd rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr
> on behalf of Debtor DB Transport LLC trollins@therollinsfirm.com
> jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
> nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Timothy J. Anzenberger
> on behalf of Creditor Eastern Funding LLC d/b/a Specialty Vehicle and Equipment Funding Group tim.anzenberger@arlaw.com
> amy.nichols@arlaw.com

United States Trustee
> USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 10



**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 5, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
**DB Transport LLC,**                                     **CHAPTER 7**
     **Debtor**                                   **CASE NO.: 25-51307-KMS**

### AGREED ORDER LIFTING AUTOMATIC STAY,
### ABANDONING PROPERTY AND OTHER RELIEF [Dkt. #77]

**CAME BEFORE THIS COURT** on the motion of Axis Title, LLC ("Movant") for

relief from the automatic stay of 11 U.S.C. § 362 and for abandonment pursuant to 11 U.S.C. §

554(b) and for other relief, and the Court, based upon the agreement of the parties, does hereby

find that the parties agree as follows:

    1.      Movant holds two claims against the Debtor which are secured by the following:

    A.      a 2015 Chevrolet Silverado, VIN 1GB2CUEG4FZ120308 (the

               "Chevrolet"); and

    B.      a Kenworth T680 Tractor, VIN 1XKYD49X3KJ244662 (the "Kenworth").

    2.      Movant has not been provided adequate protection with respect to its claim

secured by the Chevrolet and the Kenworth.

    3.      That good and sufficient cause exists to lift, terminate and annul the automatic

stay of 11 U.S.C. § 362, and for the Chevrolet and the Kenworth to be abandoned.

    4.      On information and belief, Debtor intends to voluntarily surrender the Chevrolet

and the Kenworth.

5.      This Order shall be binding upon Debtor, Debtor's successors and assigns.

6.      Movant, Debtor and Trustee agree that good cause exists herein for the 14-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(3) to be waived and that this Order should be effective immediately upon entry.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the automatic stay of 11 U.S.C. § 362 and any other restraint against Movant exercising its rights as to its collateral is lifted, vacated, terminated and annulled as to Movant without further order of this Court and that the Chevrolet and the Kenworth are abandoned to Movant pursuant to 11 U.S.C. § 554(b) of the Bankruptcy Code.

**IT IS FURTHER ORDERED** that the provisions of Bankruptcy Rule 4001(a)(3) are waived and the Order shall be in full force and effect upon signature of this Court, and that entry of this order shall constitute entry of final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed and Approved by:

/s/ Charles Frank Fair Barbour
Charles Frank Fair Barbour
Attorney for Movant

/s/ Thomas C. Rollins, Jr. (w/permission CB)
Thomas C. Rollins, Jr.
Jennifer A. Curry Calvillo
Attorney for Debtor

/s/ George Adam Sanford (w/permission CB)
George Adam Sanford
Bankruptcy Trustee

2

Submitted by:

**Charles Frank Fair Barbour, MSB # 99520**
UNDERWOOD LAW FIRM, PLLC
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1874
Madison, Mississippi  39130
Tel: (601) 981-7773
Fax: (601) 362-5673
cbarbour@underwoodlawfirm.com

3