**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

IN RE: DB TRANSPORT, LLC                                      **CHAPTER 7**
                                                       **CASE NO: 25-51307 KMS**

---

**KEYSTONE EQUIPMENT FINANCE CORP'S MOTION TO LIFT STAY**
**AND FOR ABANDONMENT**

---

Keystone Equipment Finance Corp. ("Keystone") pursuant to 11 U.S.C. §§ 362 and 554 respectfully moves for an order terminating the automatic stay and abandoning property from the estate. In support thereof, Keystone would state as follows:

1. The Debtor, DB Transport, LLC, ("DB Transport") is a Chapter 7 debtor having initially filed a petition under Chapter 11 on September 4, 2005, which was converted to Chapter 7 on September 16, 2025. Adam Sanford is the Chapter 7 Trustee.

2. Keystone is a secured creditor in this proceeding with a claim in the amount of $81,758.00 plus interest and attorneys' fees.

**FINANCE AGREEMENT 1**

3. On November 19, 2024, DB Transport executed an Equipment Finance Agreement, pursuant to which it financed the purchase of on 2015 Cottrell 5307 Self-Contained Car Carrier Trailer VIN 5E0AU1743FG579301 ("Trailer"), a true and correct copy of which is attached hereto as Exhibit A ("Finance Agreement 1"). Finance Agreement 1 was secured by a lien on the Trailer. Keystone perfected its lien on the Trailer by having its lien noted on the certificate of title. A true and correct copy of the certificate of title is attached hereto as Exhibit B. According to DB Transport's schedules, Dkt. #44, the Trailer was valued at $50,000; however, that value has depreciated post-petition.

**FINANCE AGREEMENT 2**

4.      On September 7, 2024, DB Transport executed an Equipment Finance Agreement, pursuant to which it financed the purchase of on 2021 Ford F-250 SD XL Crew Cab Utility Truck VIN 1FD7W2A65MEC14840 ("Ford F-250"), a true and correct copy of which is attached hereto as Exhibit C  ("Finance Agreement 2").  Finance Agreement 2 was secured by a lien on the Ford F-250.  Keystone perfected its lien on the Ford F-250 by having its lien noted on the certificate of title.  A true and correct copy of the certificate of title is attached hereto as Exhibit D.  According to DB Transport's schedules, Dkt. #44, the Ford F-250 was valued at $35,900; however, that value has depreciated post-petition.

5.      There is no equity in the Trailer or the Ford F-250 for the benefit of the estate. Accordingly, the automatic stay should be terminated as to Keystone and the Trailer and Ford F-250 should be abandoned from the estate.

WHERFORE, PREMISES CONSIDERED, Keystone requests the following relief:

1.      The Court terminate the automatic stay of 11 U.S.C. § 362.

2.      The Court enter an order abandoning the property from the estate pursuant to 11 U.S.C. §554.

3.      For cause, including but not limited to the need for Keystone to liquidate its collateral so it can file an amended claim in the related Chapter 11 case of Donshekie Barrett, Case No. 25-51624-KMS, Keystone requests the Court dispense with the stay provisions of Rule 4001(a)(3) such that the lifting of the automatic stay may be effective immediately upon the entry of an order.

4.      For other relief.

Respectfully submitted this 26th day of March, 2025.

KEYSTONE EQUIPMENT FINANCE CORP

By:/s/ Jim F. Spencer, Jr.
     Jim F. Spencer, Jr., One of its attorneys

OF COUNSEL:

Jim F. Spencer, Jr. (MSB #7736)
Erin A. McManus (MSB #106317)
Watkins & Eager PLLC
Post Office Box 650
Jackson, MS 39205-0650
(601) 965-1900 (p)
(601) 965-1901 (f)
jspencer@watkinseager.com
emcmanus@watkinseager.com

## CERTIFICATE OF SERVICE

I, Jim F. Spencer, Jr., hereby certify that I have filed the foregoing document using the

CM/ECF System which sent notice of the filing to all persons requesting notice and specifically

to:

Jennifer Calvillo – jennifer@therollinsfirm.com
Thomas Carl Rollins, Jr. – trollins@therollinsfirm.com
Robert A. Byrd – rab@byrdwiser.com
George Adam Sanford – adam@mcraneymcraney.com
Abigail M. Marbury – Abigail.m.marbury@usdoj.gov
U.S. Trustee – USTPRegion05.JA.ECF@usdoj.gov

And, I have mailed a true and correct copy of the foregoing by regular U.S. Mail, postage
pre-paid to:

DB Transport LLC
3586 Sangani Blvd, Ste L 307
Diberville, MS 39540

This 26th day of March, 2026.

/s/ Jim F. Spencer, Jr.
Jim F. Spencer, Jr.

3