# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

## ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 5E0AU1743FG579301 | CTRL | 2015 | CARHAULER | AC | MS0544985856 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 02/20/2025 | | | USED | TT | |

ODOMETER - NO TENTHS

EXEMPT

BRANDS

**OWNER(S)**

DB TRANSPORTS LLC
3586 SANGANI BLVD STE L307
DIBERVILLE MS 39540-0024

**BENEFICIARY**

☐ **Fully Autonomous Vehicle**

**1ST LIENHOLDER**

KEYSTONE EQUIPMENT FINANCE CORP
433 S MAIN ST STE 300
WEST HARTFORD CT 06110-2810

**DATE:** 11/11/2024

**2ND LIENHOLDER**

**DATE:**

**MAIL TO:**

KEYSTONE EQUIPMENT FINANCE CORP
433 S MAIN ST STE 300
HARTFORD CT 06110-2810



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

**1ST LIEN** _____ **BY** _____
(LIENHOLDER) (SIGNATURE AND TITLE)

**THIS** _____ **DAY OF** _____ **20** _____

**2ND LIEN** _____ **BY** _____
(LIENHOLDER) (SIGNATURE AND TITLE)

**THIS** _____ **DAY OF** _____ **20** _____

**IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS**

THE 20TH DAY OF **FEBRUARY** 20 25

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1. Mississippi Code of 1972. and subject to the provisions thereof.

CONTROL NUMBER

O 06103415

MISSISSIPPI DEPARTMENT OF REVENUE

**EXHIBIT**

**B**

**VOID IF ALTERED**

**\*\*\*NOTICE: ANY ALTERATION OR ERASURE VOIDS THE ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW\*\*\***

Federal and State Law requires that you state the mileage in connection with the transfer of ownership. Failure to complete, or providing a false statement, may result in fines and/or imprisonment.

## ASSIGNMENT OF TITLE BY REGISTERED OWNER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address, with warranty to be free of all encumbrances except as shown at bottom of page.

Name_____  Address _____

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

☐ 1. The mileage stated is in excess of its mechanical limits.

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

ODOMETER READING (No Tenths)

**SELLER:**

Signature(s) _____  Printed Name(s) _____  Date of Sale _____

"I am aware of the above odometer certification made by seller"

**BUYER:**

Signature(s) _____  Printed Name(s) _____

## FIRST RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address, with warranty to be free of all encumbrances except as shown at bottom of page.

Name_____  Address _____

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

☐ 1. The mileage stated is in excess of its mechanical limits.

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

ODOMETER READING (No Tenths)

**DEALER OR AGENT:**

Signature(s) _____  Printed Firm Name _____  Date of Sale _____

"I am aware of the above odometer certification made by seller"

**BUYER:**

Signature(s) _____  Printed Name(s) _____

## SECOND RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address, with warranty to be free of all encumbrances except as shown at bottom of page.

Name_____  Address _____

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

☐ 1. The mileage stated is in excess of its mechanical limits.

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

ODOMETER READING (No Tenths)

**DEALER OR AGENT:**

Signature(s) _____  Printed Firm Name _____  Date of Sale _____

"I am aware of the above odometer certification made by seller"

**BUYER:**

Signature(s) _____  Printed Name(s) _____

## THIRD RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address, with warranty to be free of all encumbrances except as shown at bottom of page.

Name_____  Address _____

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

☐ 1. The mileage stated is in excess of its mechanical limits.

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

ODOMETER READING (No Tenths)

**DEALER OR AGENT:**

Signature(s) _____  Printed Firm Name _____  Date of Sale _____

"I am aware of the above odometer certification made by seller"

**BUYER:**

Signature(s) _____  Printed Name(s) _____

## LIENHOLDER TO BE SHOWN ON NEW TITLE

Lien in favor of _____

whose address is _____

SCRAPPED, DISMANTLED, OR DESTROYED VEHICLE - This is to be filled in by Vehicle Owner. Certificate of Title must be mailed or delivered to the Mississippi Department of Revenue. I/we hereby warrant that the Vehicle described on the reverse side of this Certificate was scrapped, dismantled, or destroyed on _____, 20___.

Owner's Signature