MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re:  DB TRANSPORT LLC _____

Case No.: 25-51307 KMS _____

_____
*Debtor(s)*

Chapter: 7 ___

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,
KEYSTONE EQUIPMENT FINANCE CORP _____, a
[Name of Corporate Party]

[Check One]

[✔] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[✔] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

> COMMERCIAL CREDIT, INC. owns 100% of KEYSTONE EQUIPMENT FINANCE CORP.

**OR**

[ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 03/26/2026 ___

_____
Attorney Signature

Jim P. Spencer, Jr _____
Attorney Name

7736 _____
State Bar Number

P.O. Box 650 _____
Address

Jackson MS 39205 _____
City, State, and Zip Code

601-965-1900 _____
Telephone Number

jspencer@watkinseager.com _____
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**