# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51307          **Case Name:** DB Transport LLC

**Set:** 05/07/2026 09:00 am   **Chapter:** 7   **Type:** bk   **Judge** Katharine M. Samson

**matter** Motion for Relief from Stay as to Trailer and Truck. ., in addition to Motion to Compel Abandonment .  Filed by Creditor Keystone Equipment Finance (Attachments: # 1 Exhibit Finance Agreement # 2 Exhibit Title # 3 Exhibit Finance Agreement # 4 Exhibit Title)  (Dkt. #86)

---

Minute Entry Re: (related document(s): [86] Motion for Relief From Stay filed by Keystone Equipment Finance) Appearances: None. Order to be submitted by Spencer. Order due by 05/21/2026. (cwe)