---



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 15, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**IN RE: DB TRANSPORT, LLC**                                      **CHAPTER 7**
                                                      **CASE NO: 25-51307 KMS**

---

### ORDER GRANTING KEYSTONE EQUIPMENT FINANCE CORP'S MOTION TO LIFT STAY AND FOR ABANDONMENT [DKT. #86]

---

This matter is before the Court on the motion of Keystone Equipment Finance Corp. ("Keystone") pursuant to 11 U.S.C. §§ 362 and 554 respectfully moves for an order terminating the automatic stay and abandoning property from the estate (Dkt. #86], and there being no response, the Court finds as follows:

IT IS ORDERED that the automatic stay of 11 U.S.C. §362, as said stay applies to the following collateral is hereby terminated:

- **2015 Cottrell 5307 Self-Contained Car Carrier Trailer VIN 5E0AU1743FG579301 ("Trailer") and**
- **2021 Ford F-250 SD XL Crew Cab Utility Truck VIN 1FD7W2A65MEC14840 ("Ford F-250")**

IT IS FURTHER ORDERED THAT there is no equity in the Trailer or the Ford F-250 for the benefit of the estate and, accordingly, the automatic stay is hereby terminated as to the Trailer and Ford F-250 should be abandoned from the estate.

IT IS FURTHER ORDERED THAT the stay provisions of Rule 4001(a)(3) are hereby dispensed with and that the lifting of the automatic stay may be effective immediately upon the entry of this order.

## END OF ORDER ##

PREPARED BY:

Jim F. Spencer, Jr. (MSB #7736)
Erin McManus Best (MSB #106317)
Watkins & Eager PLLC
Post Office Box 650
Jackson, MS 39205-0650
(601) 965-1900 (p)
(601) 965-1901 (f)
jspencer@watkinseager.com
ebest@watkinseager.com