United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                      Case No. 25-51307-KMS

DB Transport LLC                                                                Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 15, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2026:**

**Recip ID**          **Recipient Name and Address**
db             + DB Transport LLC, 3586 Sangani Blvd, Ste L 307, Diberville, MS 39540-0024

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2026               Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Charles Frank Fair Barbour | on behalf of Creditor Axis Title LLC cbarbour@underwoodlawfirm.com, bankruptcies@underwoodlawfirm.com |
| George Adam Sanford | on behalf of Trustee George Adam Sanford adam@mcraneymcraney.com mcraneylaw@gmail.com;sclement.mcraneymcraney@gmail.com;McRaneyRR50474@notify.bestcase.com;mcraney-sanford-killebrew-pllc@events.glade.ai |
| George Adam Sanford | trustee@mcraneymcraney.com MS18@ecfcbis.com |
| Jennifer A Curry Calvillo | on behalf of Debtor DB Transport LLC jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |

District/off: 0538-6
User: mssbad
Page 2 of 2

Date Rcvd: May 15, 2026
Form ID: pdf012
Total Noticed: 1

Jim F. Spencer, Jr.
on behalf of Creditor Keystone Equipment Finance jspencer@watkinseager.com  mryan@watkinseager.com

Robert A. Byrd
on behalf of Trustee Robert A. Byrd rab@byrdwiser.com  rbyrd@ecf.axosfs.com

Robert Alan Byrd
on behalf of Trustee Robert A. Byrd rab@byrd-wiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr
on behalf of Debtor DB Transport LLC trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Timothy J. Anzenberger
on behalf of Creditor Eastern Funding LLC d/b/a Specialty Vehicle and Equipment Funding Group tim.anzenberger@arlaw.com
amy.nichols@arlaw.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 11

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 15, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**IN RE: DB TRANSPORT, LLC**                                  **CHAPTER 7**
                                              **CASE NO: 25-51307 KMS**

---

**ORDER GRANTING KEYSTONE EQUIPMENT FINANCE CORP'S MOTION TO**
**LIFT STAY AND FOR ABANDONMENT [DKT. #86]**

---

This matter is before the Court on the motion of Keystone Equipment Finance Corp. ("Keystone") pursuant to 11 U.S.C. §§ 362 and 554 respectfully moves for an order terminating the automatic stay and abandoning property from the estate (Dkt. #86], and there being no response, the Court finds as follows:

IT IS ORDERED that the automatic stay of 11 U.S.C. §362, as said stay applies to the following collateral is hereby terminated:

- **2015 Cottrell 5307 Self-Contained Car Carrier Trailer VIN 5E0AU1743FG579301 ("Trailer") and**
- **2021 Ford F-250 SD XL Crew Cab Utility Truck VIN 1FD7W2A65MEC14840 ("Ford F-250")**

IT IS FURTHER ORDERED THAT there is no equity in the Trailer or the Ford F-250 for the benefit of the estate and, accordingly, the automatic stay is hereby terminated as to the Trailer and Ford F-250 should be abandoned from the estate.

IT IS FURTHER ORDERED THAT the stay provisions of Rule 4001(a)(3) are hereby dispensed with and that the lifting of the automatic stay may be effective immediately upon the entry of this order.

## END OF ORDER ##

PREPARED BY:

Jim F. Spencer, Jr. (MSB #7736)
Erin McManus Best (MSB #106317)
Watkins & Eager PLLC
Post Office Box 650
Jackson, MS 39205-0650
(601) 965-1900 (p)
(601) 965-1901 (f)
jspencer@watkinseager.com
ebest@watkinseager.com