**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**
**DB Transport LLC,** **CHAPTER 7**
**Debtor** **CASE NO.: 25-51307-KMS**

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO ABANDON PROPERTY AGAINST THE DEBTOR AND OTHER RELIEF**

**COMES NOW**, First Commerce, LLC ("Movant") a secured creditor herein, and moves for relief from the automatic stay, for abandonment and for other relief, and in support would show unto the Court the following:

1. Movant holds three claims against Debtor which are secured by the following:

A. Loan # 202412026 secured by a 2019 Kenworth T680 VIN 1XYKD49X3KJ301426 (the "Kenworth"), copies of its contract and State of Tennessee Certificate of Title are attached hereto as composite Exhibit "A";

B. Loan # 202412027 secured by a 2024 GMC Sierra 2500HD VIN 1GT49PEY2RF158350 (the "Sierra"), copies of its contract and State of Mississippi Certificate of Title are attached hereto as composite Exhibit "B"; and

C. Loan # 202412028 secured by a 2023 Peterbilt 389 VIN 1NPXL49X2PD794086 and a 2023 Cottrell Trailer model CX-09LSFA VIN 5E0AA1649PG831001 (collectively, the "Peterbilt and Trailer") copies of their contract and State of Tennessee Certificates of Title are attached hereto as composite Exhibit "C".

[The Kenworth, the Sierra, the Peterbilt and Trailer are collectively referred to herein as the "Property".]

2. Upon information and belief, payoff on the Kenworth as of September 10, 2026, was $41,087.84, and the value is approximately $35,000.00.

3. Upon information and belief, payoff on the Sierra as of September 10, 2026, was $75,454.12, and the value is approximately $65,000.00.

4. Upon information and belief, payoff on the Peterbilt and Trailer as of September 10, 2026, was $93,265.78, and the value is approximately $85,000.00.

5. Movant has not been provided adequate protection with respect to its claims secured by the Property.

6. Upon information and belief, Debtor intends to voluntarily surrender the Property.

7. Good and sufficient cause exists to lift, terminate and annul the automatic stay of 11 U.S.C. § 362, and for the Property to be abandoned.

8. Movant requests that the 14-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(3) be waived and that the order granting this Motion be effective immediately upon entry. Good cause exists for this waiver due to Debtor abandoning and surrendering the Property, continued accrual of an increasing debt arrearage and ongoing violation of Movant's contractual rights.

**WHEREFORE**, Movant requests an order for relief from the automatic stay and to abandon property pursuant to 11 U.S.C. §§ 362 and 554, to terminate any other restraint against Movant exercising its rights as to its collateral and authorize Movant to take possession, sell, lease, or otherwise dispose of the Property, to waive the 14-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(3), and allowing application of the insurance proceeds to its

claim against Debtor as stated herein. Movant prays for such other and general relief as this Court may deem just.

Respectfully submitted,

UNDERWOOD LAW FIRM, PLLC

/s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
UNDERWOOD LAW FIRM, PLLC
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1874
Madison, Mississippi 39130
Tel: (601) 981-7773
Fax: (601) 362-5673
cbarbour@underwoodlawfirm.com

## CERTIFICATE OF SERVICE

I, Charles Frank Fair Barbour, do hereby certify this day that I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Jennifer A Curry Calvillo at jennifer@therollinsfirm.com

George Adam Sanford at trustee@mcraneymcraney.com

US Trustee at USTPRegion05.AB.ECF@usdoj.gov

And I mailed via US Mail, postage prepaid, a copy to the following:

DB Transport LLC
3586 Sangani Blvd, Ste L 307
D'Iberville, MS 39540

/s/ Charles Frank Fair Barbour