**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**
**DB Transport LLC,**
**Debtor**

**CHAPTER 7**
**CASE NO.: 25-51307-KMS**

**AGREED ORDER LIFTING AUTOMATIC STAY,**
**ABANDONING PROPERTY AND OTHER RELIEF [Dkt. #96]**

**CAME BEFORE THIS COURT** on the motion of First Commerce, LLC ("Movant") for relief from the automatic stay of 11 U.S.C. § 362 and for abandonment pursuant to 11 U.S.C. § 554(b) and for other relief, and the Court, based upon the agreement of the parties, does hereby find that the parties agree as follows:

1. Movant holds two claims against the Debtor which are secured by the following:

A. a 2019 Kenworth T680 VIN 1XYKD49X3KJ301426 (the "Kenworth");

B. a 2024 GMC Sierra 2500HD VIN 1GT49PEY2RF158350 (the "Sierra"); and

C. a 2023 Peterbilt 389 VIN 1NPXL49X2PD794086 and a 2023 Cottrell Trailer model CX-09LSFA VIN 5E0AA1649PG831001 (collectively, the "Peterbilt and Trailer").

[The Kenworth, the Sierra, the Peterbilt and Trailer are collectively referred to herein as the "Property".]

2. Movant has not been provided adequate protection with respect to its claim secured by the Property.

3. That good and sufficient cause exists to lift, terminate and annul the automatic stay of 11 U.S.C. § 362, and for the Property to be abandoned.

4. On information and belief, Debtor intends to voluntarily surrender the Property.

5. This Order shall be binding upon Debtor, Debtor's successors and assigns.

6. Movant, Debtor and Trustee agree that good cause exists herein for the 14-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(3) to be waived and that this Order should be effective immediately upon entry.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the automatic stay of 11 U.S.C. § 362 and any other restraint against Movant exercising its rights as to the Property is lifted, vacated, terminated and annulled as to Movant without further order of this Court and that the Property is abandoned to Movant pursuant to 11 U.S.C. § 554(b) of the Bankruptcy Code.

**IT IS FURTHER ORDERED** that the provisions of Bankruptcy Rule 4001(a)(3) are waived and the Order shall be in full force and effect upon signature of this Court, and that entry of this order shall constitute entry of final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure.

**##END OF ORDER##**

Agreed and Approved by:

/s/ Charles Frank Fair Barbour
Charles Frank Fair Barbour
Attorney for Movant

/s/ Thomas C. Rollins, Jr. (w/permission CB)
Thomas C. Rollins, Jr.
Jennifer A. Curry Calvillo
Attorney for Debtor

/s/ George Adam Sanford (w/permission CB)
George Adam Sanford
Bankruptcy Trustee

Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
UNDERWOOD LAW FIRM, PLLC
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1874
Madison, Mississippi 39130
Tel: (601) 981-7773
Fax: (601) 362-5673
cbarbour@underwoodlawfirm.com